**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Alcor Energy, LLC | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | None | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-1710924 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7754 East Velocity Way, Mesa, Arizona, 85212**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**     www.alcor.energy

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Alcor Energy, LLC                                    Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  2211

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

01:23790385.4

Debtor   Alcor Energy, LLC
         _____
         Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

▊ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Alcor Energy, LLC | | Case number (if known) | |
| | Name | | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/19/2018
                         MM / DD / YYYY

X _____    Wiley Zimmerman
   Signature of authorized representative of debtor    Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X   /s/ M. Blake Cleary                            Date   12/19/2018
   Signature of attorney for debtor                              MM / DD / YYYY

**M. Blake Cleary**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 571-6600**      Email address   **mbcleary@ycst.com**

**3614            DE**
Bar number and State

**ACTION BY WRITTEN CONSENT
OF THE
BOARD OF MANAGERS OF
ALCOR ENERGY, LLC**

**December 19, 2018**

The undersigned, being a majority-in-interest of the Managers currently appointed to the Board of Managers (the "***Board***") of Alcor Energy, LLC, a Delaware limited liability company, (the "***Company***"), hereby consent to and approve the adoption of the following resolutions and each and every action effected thereby or pursuant thereto by written consent as if such actions had been taken at a meeting of the Board of the Company in accordance with Section 7.6 of the Company's Limited Liability Company Agreement dated effective May 23, 2017 (the "***LLC Agreement***") and with the applicable limited liability company laws of Delaware.

**WHEREAS**, the Company is managed by the Board;

**WHEREAS**, the Board has reviewed and considered materials presented by legal and financial advisors of the Company and by the Company's management regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Board has received advice from the legal and financial advisors of the Company and from the Company's management regarding the possible need to liquidate or restructure the Company, and has fully considered each of the strategic alternatives available to each Company, and the impact of the foregoing on each Company's business and its stakeholders;

**WHEREAS**, the Board is empowered pursuant to clause (i) of Section 7.1 of the LLC Agreement to determine to initiate a bankruptcy or similar proceeding on the part of the Company;

**WHEREAS**, the Board has reviewed and considered the recommendations of the Company's legal and financial advisors and management regarding the relief that would be necessary and advisable to obtain from the Bankruptcy Court to allow the Company to effectively transition into operation as a debtor in possession (collectively, the "***First Day Relief***") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "***Bankruptcy Code***");

**WHEREAS**, the Board has determined that it is fair, appropriate, advisable, necessary, and in the best interests of the Company, its creditors, members, and other stakeholders that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code and seek the First Day Relief; and

**WHEREAS**, in connection with the foregoing the Board desires to approve the following resolutions (the "***Resolutions***").

**NOW, THEREFORE, BE IT:**

<u>**CHAPTER 11 PETITION AND FIRST DAY RELIEF**</u>

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the creditors, members, and other stakeholders of the Company that the Company (i) file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code (the "*Petition*") and (ii) seek the First Day Relief;

**RESOLVED**, that the filing of a voluntary petition on behalf of the Company be, and the same is hereby, approved an adopted in all respects and that Randall Smith and Neil Gilmour III, in their capacities as Managers of the Company, Wiley Zimmerman, in his capacity as Chief Executive Officer of the Company, and Don Pitts, in his capacity as Chief Financial Officer of the Company (collectively the "*Authorized Agents*" and each individually an "*Authorized Agent*"), hereby are, and any of them individually hereby is, authorized and empowered to execute, deliver, verify and cause to be filed on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all actions that any of the Authorized Agents deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the business of the Company;

<u>**RETENTION OF PROFESSIONALS**</u>

**RESOLVED**, that the Authorized Agents are, and each of them individually hereby is, authorized and directed in the name and on behalf of the Company to employ D.R. Payne and Associates as restructuring financial advisor in connection with any case commenced by the Company under the Bankruptcy Code and all related matters, and any such prior actions are hereby ratified in their entirety;

**RESOLVED**, that the Authorized Agents are, and each of them individually hereby is, authorized and directed in the name and on behalf of the Company to employ the law firm of Young Conaway Stargatt & Taylor, LLP as general bankruptcy counsel to represent and assist the Company, as a debtor and a debtor in possession, in carrying out its duties under the Bankruptcy Code and to (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court and make or cause to be made, prior to execution thereof, any modifications to the Petition or any ancillary document as an Authorized Agent of the Company deems necessary, desirable, or appropriate to carry out the intent and accomplish the purpose of these resolutions, (b) execute, acknowledge, deliver, verify, and file or cause to be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary or proper in connection with the foregoing, and (c) execute, acknowledge, deliver, and verify any and all other documents necessary or proper in connection therewith and to administer the Company's chapter 11 case in form or forms as any Authorized Agent of the Company may deem necessary or proper and in order to effectuate the purpose of the intent of the foregoing resolutions;;

**RESOLVED**, that the Authorized Agents are, and each of them individually hereby is, authorized and directed in the name and on behalf of the Company, as a debtor and a debtor in

possession, to retain and employ any other professionals to assist the Company, as a debtor and a debtor in possession, in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations;

**RESOLVED**, that any Authorized Agent hereby is authorized and directed in the name and on behalf of the Company to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of the foregoing professionals as necessary;

## FURTHER ACTIONS AND PRIOR ACTIONS

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Agents, the Authorized Agents or their respective designees shall be, and each of them, acting alone, hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in their respective judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein;

**RESOLVED**, that all lawful acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of any Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified, are hereby in all respects approved and ratified; and

**RESOLVED**, that a copy of these Resolutions of the Board shall be filed in the records of the Company.

**[Remainder of Page Left Intentionally Blank]**

IN WITNESS WHEREOF, the undersigned have executed this Action by Written Consent to be effective as of the date first written above.

By: _____
    Name:  Neil Gilmour III
    Title:   Manager


By: _____
    Name:  Randall Smith
    Title:   Manager

IN WITNESS WHEREOF, the undersigned have executed this Action by Written Consent to be effective as of the date first written above.

By: _____
       Name:  Neil Gilmour III
       Title:   Manager

By: _____
       Name:  Randall Smith
       Title:   Manager

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                   :

In re:                   :    Chapter 11
                   :

Alcor Energy, LLC,[1]     :    Case No. 18-_____ (___)
                   :

        Debtor.      :
                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**COMBINED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY INTEREST HOLDERS**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the above-captioned debtor and debtor in possession (the "Debtor") hereby states that

the following chart lists (i) all corporations, other than governmental units, that directly or

indirectly own 10% or more of any class of interests in the Debtor and (ii) all equity security

holders of the Debtor:

| Name and Address | Shares | |
| --- | --- | --- |
| | **Class** | **Number of Shares and Percentage Ownership of Share Class** |
| Alcor Energy Solutions LLC<br>7754 East Velocity Way, Suite 101<br>Mesa, Arizona 85212 | Class A | 5,000,000<br>100% |
| Ocho Ventura, LLC<br>31 Windmill Way<br>Calgary, Alberta, T3Z 1H5<br>Canada | Class B | 5,000,000<br>100% |

---

[1] The last four digits of the Debtor's taxpayer identification number are 0924.  The Debtor's address is 7754 East Velocity Way, Mesa, Arizona 85212.

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 204
# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims on a Consolidated Basis and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Mesa Green Electric Power Phase I, LLC** | David T Bonfiglio 4356 N Civic Center Plaza Scottsdale, AZ 85251 480-970-0974 david@bonfiglio-law.com | Litigation | Contingent Disputed Unliquidated | | | $600,000.00 plus interest and fees |
| 2 | **Fort Berthold Reservation TERO** | Reed Soderstrom Pringle & Herigstad P.C. 2525 Elk Drive Minot, ND 58701 701-833-6910 rsoderstrom@pringlend.com | Penalty | | | | $402,602.77 |
| 3 | **Trustland Oilfield Services, LLC** | Steve Kelly 720 Western Ave. Ste 204, Minot, ND 58701 701-421-7930 steve.kelly@trustlandllc.com | Litigation | Contingent Disputed Unliquidated | | | $165,462.37 |
| 4 | **Sunbelt Transformer Inc.** | Karina Santos 1922 S. MLK Jr. Dr. Temple, TX 76504 254-742-7907 ksantos@sunbeltusa.com | Disputed | Contingent Disputed Unliquidated | | | $73,338.75 |

Debtor  Alcor Energy, LLC
_____
        Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 **Sunmore LLC** | Thomas Johnston Broker 619 W Texas Ste. 111 Midland, TX 79701 432-688-8201 Fax 432-934-3333 realestateranch@aol.com | Rent | Contingent Disputed Unliquidated | | | $40,000.00 |
| 6 **46 LLC** | Jeff McCall 4307 N. Civic Center Plaza 480-946-0066 mail@mcaarch.com | Trade Debt | | | | $37,006.28 |
| 7 **Lewis Roca Rothgerber Christie LLP** | Centralized Accounting Dept. 201 East Washington St. Suite 1200 Phoenix, AZ 85004-2595 602-239-7486 ar@lrrc.com | Legal Fees | Contingent Disputed Unliquidated | | | $19,220.97 |
| 8 **OTC Trucking & Logistics** | Tammy Kerber 5501 Sherwood Dr. Apt. J103 Midland, TX 79707 417-322-4916 otc.trucking.llc@gmail.com | Trucking | Contingent Disputed Unliquidated | | | $12,821.00 |
| 9 **First Insurance Funding** | Accounts Payable 450 Skokie Blvd, Ste 1000 Northbrook, IL 60062-7917 800-837-2511 csr@firstinsurancefunding.com | Insurance | | | | $9,769.13 |
| 10 **The Hartford** | Accounts Payable PO Box 660916 Dallas, TX 75266 866-467-8730 | Insurance | | | | $8,881.44 |

01:23810723.1

Debtor  Alcor Energy, LLC                                    Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | **Midwest Compressor Systems, LLC dba LRS** | Kenny Gerber P.O. Box 1381 Pampa, TX 79066 806-669-3427 kgerber@lrssys.com | Trade Debt | | | | $7,500.00 |
| 12 | **Sunwest, Inc.** | Tom Sunderland 34th Avenue S #1233 Fargo, ND 58104 701-205-6804 tsun@live.com | Trade Debt | | | | $4,150.00 |
| 13 | **Industrial Commission of Arizona** | Division of Occupational Safety & Health 800 W. Washington Phoenix, Arizona 85007 602-542-4411 comments@azdosh.gov | Fine | Contingent Disputed Unliquidated | | | $1,875.01 |
| 14 | **Trinity Consultants** | Michael Meister 12700 Park Central Dr. Suite 2100 Dallas, TX 75251 972-661-8100 mmeister@trinityconsultants.com | Emission Consulting | Contingent Disputed Unliquidated | | | $1,093.50 |
| 15 | **Ameripride Services, Inc.** | Accounts Payable 6025 W. Van Buren Phoenix, AZ 85043-3509 800-675-6362 acctrec17@ameripride.com | Trade Debt | | | | $1,082.22 |
| 16 | **Chubb** | Accounts Payable P.O. Box 382001 Pittsburgh, PA 15250-8001 800-372-4822 customercare@chubb.com | Insurance | | | | $1,032.68 |
| 17 | **Arguindegui Oil Company** | Accounts Payable PO Box 1369 4506 Highway 359 Laredo, Texas 78042 956-744-6130 carlos.perez@argpetro.com | Trade Debt | | | | $494.04 |

Debtor    Alcor Energy, LLC                                    Case number *(if known)* _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | **Zachary Hart** | Zachary Hart 3335 Prairie Commons Street Williston, ND 58801 701-651-6931 | Uncleared Check | | | | $16.17 |
| 19 | **Bruin E&P Operating, LLC** | Paul J Forster Crowely Fleck PLLP 500 Transwestern Plaza II 490 N 31st St. 500 Billings, MT 59101 701-224-7546 pforster@crowleyfleck.com | Litigation | Contingent Disputed Unliquidated | | | Unknown |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Alcor Energy, LLC_____

United States Bankruptcy Court for the: _____  District of ___Delaware___
                                                                                    (State)

Case number *(if known)*: _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration:  Combined Corporate Ownership Statement and List of Equity Interest Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___12/19/2018___                    ✗ _____
             MM / DD / YYYY                         Signature of individual signing on behalf of debtor


                                                     Wiley Zimmerman
                                                     Printed name

                                                     Chief Executive Officer
                                                     Position or relationship to debtor

Official Form 202                  **Declaration Under Penalty of Perjury for Non Individual Debtors**

01:23810628.1

Accrual Basis

**Alcor Energy LLC**
Profit & Loss
January through November 2018

|  | Jan - Nov 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Commissioning Income | 13,155.00 |
| 4100 · Lease Usage Income | 1,542,843.09 |
| 4200 · Field Service | 200,432.15 |
| 4700 · Customer Owned Turbine Repair | 95,722.96 |
| 4900 · Other Income | 26,170.26 |
| **Total Income** | 1,878,323.46 |
| **Cost of Goods Sold** | |
| 5000 · Commissioning - COGS | 372,560.35 |
| 5100 · Operational Maintenance Expense | 133,288.85 |
| 5200 · Field Expense (billable) | 154,078.74 |
| 5400 · Rebuild Turbine | 82,657.36 |
| 5500 · Turbine Manufacturing Expense | 424,828.67 |
| 5700 · Customer Repairs | 51,148.32 |
| **Total COGS** | 1,218,562.29 |
| **Gross Profit** | 659,761.17 |
| **Expense** | |
| 5900 · Bad Debt | 144,750.56 |
| 6000 · Sales Expense | 6,872.02 |
| 7000 · Advertising / Promotion | 529.23 |
| 7020 · Automobile Expense | 322.49 |
| 7040 · Bank Service Charges | 2,634.85 |
| 7170 · Computer and Internet Expenses | 25,566.12 |
| 7250 · Dues and Subscriptions | 10,415.93 |
| 7330 · Insurance Expense | 68,857.28 |
| 7340 · Interest Expense | 323,098.76 |
| 7430 · Meals and Entertainment | 1,911.89 |
| 7450 · Miscellaneous | 161.70 |
| 7490 · Office Supplies | 8,201.29 |
| 7600 · Payroll Expenses | 942,058.92 |
| 7630 · Payroll Benefits | 31,745.15 |
| 7640 · Payroll Processing Fees | 7,352.47 |
| 7650 · Postage and Delivery | 300.42 |
| 7670 · Professional Fees | 607,314.61 |
| 7700 · Registration/Titles for Units | 1,950.00 |
| 7710 · Rent Expense | 421,410.65 |
| 7720 · Repairs and Maintenance | 11,746.35 |
| 7770 · Safety Expense | 2,619.99 |
| 7790 · Shop Supplies | 16,105.89 |
| 7791 · Shop Uniform | 7,477.81 |
| 7798 · Small Tools | 1,458.46 |

Accrual Basis

**Alcor Energy LLC**
**Profit & Loss**
**January through November 2018**

| | Jan - Nov 18 |
|---|---|
| 7810 · Telephone Expense | 16,446.86 |
| 7840 · Travel Expense | 52,592.04 |
| 7860 · Utilities | 37,125.22 |
| **Total Expense** | 2,751,026.96 |
| **Net Ordinary Income** | -2,091,265.79 |
| **Other Income/Expense** | |
| **Other Income** | |
| 9000 · Gain/Loss | 300,000.00 |
| 9200 · Suspense | 175,000.00 |
| **Total Other Income** | 475,000.00 |
| **Net Other Income** | 475,000.00 |
| **Net Income** | **-1,616,265.79** |

Accrual Basis

Alcor Energy LLC
Balance Sheet
As of November 30, 2018

|  | Nov 30, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · **Checking Alliance Bank-5733** | 56,857.51 |
| 1020 · **Field (Debit Card)-3919** | 1,625.96 |
| 1050 · **Petty Cash** | 31.86 |
| **Total Checking/Savings** | 58,515.33 |
| **Accounts Receivable** | |
| 1200 · **Accounts Receivable** | 457,490.31 |
| **Total Accounts Receivable** | 457,490.31 |
| **Other Current Assets** | |
| 1300 · **Inventory** | 195,613.23 |
| 1320 · **Inventory - WIP** | 36,889.23 |
| 1360 · **Prepaid Expenses** | 61,495.00 |
| 1380 · **Security Deposit** | 70,071.20 |
| **Total Other Current Assets** | 364,068.66 |
| **Total Current Assets** | 880,074.30 |
| **Fixed Assets** | |
| 1510 · **Leased Turbines** | 7,493,000.00 |
| 1550 · **Furniture and Equipment** | 158,094.00 |
| 1560 · **Machinery & Equipment** | 133,336.10 |
| 1580 · **Vehicles** | 13,850.84 |
| 1700 · **Accumulated Depreciation** | -898,273.00 |
| 1800 · **Intangible Assets** | 150,957.00 |
| 1810 · **Goodwill** | 1,935,086.00 |
| 1820 · **Transferred AR Goodwill** | 426,067.00 |
| 1870 · **Accumulated Amortization** | -76,528.00 |
| **Total Fixed Assets** | 9,335,589.94 |
| **TOTAL ASSETS** | 10,215,664.24 |

Accrual Basis

Alcor Energy LLC
Balance Sheet
As of November 30, 2018

|  | Nov 30, 18 |
|---|---|
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         2000 · Accounts Payable | 377,409.91 |
|       Total Accounts Payable | 377,409.91 |
|       **Other Current Liabilities** | |
|         2500 · Refundable Lease Deposit | 149,661.12 |
|       Total Other Current Liabilities | 149,661.12 |
|     Total Current Liabilities | 527,071.03 |
|     **Long Term Liabilities** | |
|       2820 · Loan 1992262 Alberta Ltd. | 150,000.00 |
|       2830 · Loan-Barry Stonehouse | 400,000.00 |
|       2840 · Loan- Bruce Jorgenson | 150,000.00 |
|       2850 · Loan-Ocho Ventura LLC | 3,075,000.00 |
|       2860 · Loan-Ocho Ventura (acquired) | 700,000.00 |
|     Total Long Term Liabilities | 4,475,000.00 |
|   Total Liabilities | 5,002,071.03 |
|   **Equity** | |
|     3000 · Equity-Alcor Energy Solutions | 3,414,929.50 |
|     3100 · Equity-Ocho Ventura, LLC | 3,414,929.50 |
|     Net Income | -1,616,265.79 |
|   Total Equity | 5,213,593.21 |
| **TOTAL LIABILITIES & EQUITY** | 10,215,664.24 |

Alcor Energy LLC
Statement of Cash Flows
January through November 2018

| | Jan - Nov 18 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -1,616,265.79 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 1200 · Accounts Receivable | -135,325.31 |
| 1250 · Due To/ From Ocho Ventura | 1,653,000.00 |
| 1300 · Inventory | 243,432.77 |
| 1320 · Inventory - WIP | -36,889.23 |
| 1360 · Prepaid Expenses | -61,495.00 |
| 1380 · Security Deposit | -70,071.20 |
| 2000 · Accounts Payable | 253,607.91 |
| 2410 · Payroll Liabilities | -6,185.00 |
| 2500 · Refundable Lease Deposit | 149,661.12 |
| Net cash provided by Operating Activities | 373,470.27 |
| **INVESTING ACTIVITIES** | |
| 1560 · Machinery & Equipment | -3,362.10 |
| 1580 · Vehicles | -13,850.84 |
| 1810 · Goodwill | -118,179.00 |
| Net cash provided by Investing Activities | -135,391.94 |
| **FINANCING ACTIVITIES** | |
| 2810 · Maximilian Resources | -1,000,000.00 |
| 2860 · Loan-Ocho Ventura (acquired) | 700,000.00 |
| 3000 · Equity-Alcor Energy Solutions | 47,179.00 |
| 3100 · Equity-Ocho Ventura, LLC | 47,179.00 |
| Net cash provided by Financing Activities | -205,642.00 |
| Net cash increase for period | 32,436.33 |
| Cash at beginning of period | 26,079.00 |
| Cash at end of period | 58,515.33 |

| Form **8879-PE** | **IRS _e-file_ Signature Authorization for Form 1065** | OMB No. 1545-0123 |
|---|---|---|
| | ▶ Return completed Form 8879-PE to your ERO. (Don't send to the IRS.) | |
| | ▶ Go to _www.irs.gov/Form8879PE_ for the latest information. | **2017** |

Department of the Treasury Internal Revenue Service

For calendar year 2017, or tax year beginning  6/1 , 2017, and ending  12/31 , 20 17

| Name of partnership | Employer identification number |
|---|---|
| ALCOR ENERGY, LLC | XX-XXXXXXX |

| **Part I** | **Tax Return Information** (Whole dollars only) | | |
|---|---|---|---|
| **1** | Gross receipts or sales less returns and allowances (Form 1065, line 1c) . . . . . . . . . . . . | **1** | 1,125,977 |
| **2** | Gross profit (Form 1065, line 3) . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 679,840 |
| **3** | Ordinary business income (loss) (Form 1065, line 22) . . . . . . . . . . . . . . . . | **3** | -2,279,125 |
| **4** | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) . . . . . . . . . . . | **4** | 0 |
| **5** | Other net rental income (loss) (Form 1065, Schedule K, line 3c) . . . . . . . . . . . . | **5** | 0 |

| **Part II** | **Declaration and Signature Authorization of Partner or Member** |
|---|---|
| | **(Be sure to get a copy of the partnership's return)** |

Under penalties of perjury, I declare that I am a partner or member of the above partnership and that I have examined a copy of the partnership's 2017 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission and (b) the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**Partner or Member's PIN: check one box only**

[X] I authorize _____BASC EXPERTISE OF AZ LLC_____ to enter my PIN | XXXXX | as my signature
ERO firm name                                                            Don't enter all zeros

on the partnership's 2017 electronically filed return of partnership income.

[ ] As a partner or member of the partnership, I will enter my PIN as my signature on the partnership's 2017 electronically
filed return of partnership income.

Partner or member's signature ▶ _____
Title ▶ MANAGER                                                    Date ▶ _____

| **Part III** | **Certification and Authentication** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. | XXXXXXXXXXX |
                                                                                            Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2017 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS _e-file_ Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS _e-file_ Providers for Business Returns.

ERO's signature ▶ _DEIRDRE M MORHET_                          Date ▶        3/6/2018

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.                    Form **8879-PE** (2017)
HTA

Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2017, or tax year beginning  6/1/2017 , ending  12/31/2017

▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2017**

| | | |
|---|---|---|
| A  Principal business activity <br> MANUFACTURER | Name of partnership <br> ALCOR ENERGY, LLC | D  Employer identification number <br> XX-XXXXXXX |
| B  Principal product or service <br><br> TURBINES | Number, street, and room or suite no. If a P.O. box, see the instructions. <br> 7754 E VELOCITY WAY | E  Date business started <br> 6/1/2017 |
| C  Business code number <br><br> 333610 | City or town   State   ZIP code <br> MESA   AZ   85212 <br> Foreign country name   Foreign province/state/county   Foreign postal code | F  Total assets (see the instructions) <br> $   11,640,488 |

Type or Print

G  Check applicable boxes:  (1) [X] Initial return  (2) [ ] Final return  (3) [ ] Name change  (4) [ ] Address change  (5) [ ] Amended return
(6) [ ] Technical termination - also check (1) or (2)

H  Check accounting method:  (1) [ ] Cash  (2) [X] Accrual  (3) [ ] Other (specify) ▶

I  Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶  2

J  Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  [X]

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| Income | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales . . . . . . . . . . | 1a | 1,125,977 | |
| b | Returns and allowances . . . . . . . . . . | 1b | | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . | 1c | 1,125,977 |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . | 2 | 446,137 |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . | 3 | 679,840 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . | 6 | |
| 7 | Other income (loss) (attach statement) . . . . . . . . . . . . . . . | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . | 8 | 679,840 |

| Deductions (see the instructions for limitations) | | | | |
|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) . . . | 9 | 596,544 |
| 10 | Guaranteed payments to partners . . . . . . . . . . . . . . . . | 10 | |
| 11 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . | 11 | 99,072 |
| 12 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | 248,977 |
| 14 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . | 14 | 50,719 |
| 15 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | 229,646 |
| 16a | Depreciation (if required, attach Form 4562) . . . | 16a | 898,273 | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return . . | 16b | | |
| | | 16c | 898,273 |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . | 17 | |
| 18 | Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Employee benefit programs . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Other deductions (attach statement) . . . . . . . . . . . . . . . | 20 | 835,734 |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . | 21 | 2,958,965 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . | 22 | -2,279,125 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____     _____
Signature of partner or limited liability company member     Date

May the IRS discuss this return with the preparer shown below (see instructions)?  [X] Yes  [ ] No

| Paid Preparer Use Only | | | |
|---|---|---|---|
| Print/Type preparer's name <br> DEIRDRE M MORHET | Preparer's signature <br> DEIRDRE M MORHET | Date <br> 3/6/2018 | Check [ ] if self-employed   PTIN <br> XXXXXXXXX |
| Firm's name  ▶  BASC EXPERTISE OF AZ LLC | | | Firm's EIN ▶ XX-XXXXXXX |
| Firm's address  ▶  3303 E Baseline Rd ste 107 | | | Phone no. 480-355-1398 |
| City  Gilbert | State  AZ | ZIP code  85234 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2017)

HTA

Form 1065 (2017)    ALCOR ENERGY, LLC                                     XX-XXXXXXX    Page **2**

## Schedule B    Other Information

|   |   |   | Yes | No |
|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | |
| **a** | ☐ Domestic general partnership | **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company | **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership | **f** ☐ Other ▶ | | |
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | | X |
| **3** | At the end of the tax year: | | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | X |
| **4** | At the end of the tax year, did the partnership: | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|   |   | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|   |   |   | Yes | No |
|---|---|---|---|---|
| **5** | | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| **6** | | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **7** | | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **8** | | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **9** | | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **10** | | At any time during calendar year 2017, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | X |

Form **1065** (2017)

Form 1065 (2017)   ALCOR ENERGY, LLC                                              XX-XXXXXXX   Page **3**

| **Schedule B** | **Other Information** *(continued)* | | Yes | No |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . | | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . See instructions for details regarding a section 754 election. | | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . | | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions . . . . . . . . . . | | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ 0 | | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ 0 | | | |
| 18a | Did you make any payments in 2017 that would require you to file Form(s) 1099? See instructions . . . . . . . . | | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . | | X | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ 0 | | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ 0 | | | |
| 21 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . | | | X |
| 22 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year (See the Instructions for Form 8938)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP | ▶ ALCOR ENEREGY SOLUTIONS LLC | Identifying number of TMP | ▶ XX-XXXXXXX |
|---|---|---|---|
| If the TMP is an entity, name of TMP representative | ▶ BARRY C. STONEHOUSE | Phone number of TMP | ▶ |
| Address of designated TMP | ▶ 7754 E VELOCITY WAY   CHANDLER | AZ | 85207 |

Form **1065** (2017)

CLIENT COPY

Form 1065 (2017)  ALCOR ENERGY, LLC                                                    XX-XXXXXXX    Page **4**

| | Schedule K | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) . . . . . . . . . | | 1 | -2,279,125 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . | | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . | 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . | | 3c | 0 |
| | 4 | Guaranteed payments . . . . . . . . . . . . . . . | | 4 | |
| | 5 | Interest income . . . . . . . . . . . . . . . . | | 5 | |
| | 6 | Dividends: a Ordinary dividends . . . . . . . . . | | 6a | |
| | | b Qualified dividends . . . . . | 6b | | |
| | 7 | Royalties . . . . . . . . . . . . . . . . . . . | | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) . | | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) . . | | 9a | |
| | b | Collectibles (28%) gain (loss) . . . . . . | 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . | 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . | | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) . . . . . . . . | | 12 | |
| | 13a | Contributions . . . . . . . . . . . . . . . . | | 13a | 1,101 |
| | b | Investment interest expense . . . . . . . . . . . | | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶ _____ (2) Amount ▶ | | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | | 13d | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment . . . . . . . | | 14a | -1,139,562 |
| | b | Gross farming or fishing income . . . . . . . . . | | 14b | |
| | c | Gross nonfarm income . . . . . . . . . . . . | | 14c | 339,920 |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) . . . . . . | | 15a | |
| | b | Low-income housing credit (other) . . . . . . . . . | | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 15c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | | 15d | |
| | e | Other rental credits (see instructions) Type ▶ | | 15e | |
| | f | Other credits (see instructions) Type ▶ | | 15f | |
| **Foreign Transactions** | 16a | Name of country or U.S. possession ▶ | | | |
| | b | Gross income from all sources . . . . . . . . . . | | 16b | |
| | c | Gross income sourced at partner level . . . . . . . | | 16c | |
| | | Foreign gross income sourced at partnership level | | | |
| | d | Passive category ▶ _____ e General category ▶ _____ f Other ▶ | | 16f | |
| | | Deductions allocated and apportioned at partner level | | | |
| | g | Interest expense ▶ _____ h Other ▶ | | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | i | Passive category ▶ _____ j General category ▶ _____ k Other ▶ | | 16k | |
| | l | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | | 16l | |
| | m | Reduction in taxes available for credit (attach statement) . . | | 16m | |
| | n | Other foreign tax information (attach statement) . . . . . | | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment . . . . . . . . | | 17a | |
| | b | Adjusted gain or loss . . . . . . . . . . . . | | 17b | |
| | c | Depletion (other than oil and gas) . . . . . . . . | | 17c | |
| | d | Oil, gas, and geothermal properties—gross income . . . | | 17d | |
| | e | Oil, gas, and geothermal properties—deductions . . . . | | 17e | |
| | f | Other AMT items (attach statement) . . . . . . . . | | 17f | |
| **Other Information** | 18a | Tax-exempt interest income . . . . . . . . . . | | 18a | |
| | b | Other tax-exempt income . . . . . . . . . . . | | 18b | |
| | c | Nondeductible expenses . . . . . . . . . . . | | 18c | 8,273 |
| | 19a | Distributions of cash and marketable securities . . . . | | 19a | |
| | b | Distributions of other property . . . . . . . . . | | 19b | |
| | 20a | Investment income . . . . . . . . . . . . . | | 20a | |
| | b | Investment expenses . . . . . . . . . . . . | | 20b | |
| | c | Other items and amounts (attach statement) . . . . . | | | |

Form **1065** (2017)

Form 1065 (2017)   ALCOR ENERGY, LLC                                                      XX-XXXXXXX   Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | **1** | | -2,280,226 |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | | | -1,140,112 | | -1,140,114 |

## Schedule L   Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | 24,879 |
| 2a | Trade notes and accounts receivable | | | 322,165 | |
| b | Less allowance for bad debts | | 0 | | 322,165 |
| 3 | Inventories | | | | 439,046 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | | | 1,200 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | | | 7,781,068 | |
| b | Less accumulated depreciation | | 0 | 898,273 | 6,882,795 |
| 10a | Depletable assets | | | | 0 |
| b | Less accumulated depletion | | 0 | | 0 |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | 1,967,864 | |
| b | Less accumulated amortization | | 0 | 76,528 | 1,891,336 |
| 13 | Other assets (attach statement) | | | | 2,079,067 |
| 14 | Total assets | | | | 11,640,488 |
| **Liabilities and Capital** | | | | | |
| 15 | Accounts payable | | | | 123,802 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | | | | |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | 4,775,000 |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | 6,185 |
| 21 | Partners' capital accounts | | | | 6,735,501 |
| 22 | Total liabilities and capital | | | | 11,640,488 |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note.** The partnership may be required to file Schedule M-3 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -2,288,499 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | 0 | a | Tax-exempt interest   $ _____ | 0 |
| 3 | Guaranteed payments (other than health insurance) | 0 | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation   $ _____ | 0 |
| a | Depreciation   $ _____ | | 8 | Add lines 6 and 7 | 0 |
| b | Travel and entertainment  $ 8,273 | 8,273 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -2,280,226 |
| 5 | Add lines 1 through 4 | -2,280,226 | | | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | | 6 | Distributions:  a Cash | |
| 2 | Capital contributed:  a Cash | 4,512,000 | | b Property | |
| | b Property | 4,512,000 | 7 | Other decreases (itemize): _____ | |
| 3 | Net income (loss) per books | -2,288,499 | | | |
| 4 | Other increases (itemize): _____ | 0 | 8 | Add lines 6 and 7 | 0 |
| 5 | Add lines 1 through 4 | 6,735,501 | 9 | Balance at end of year. Subtract line 8 from line 5 | 6,735,501 |

Form **1065** (2017)

Form **1125-A**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.
▶ **Information about Form 1125-A and its instructions is at** *www.irs.gov/form1125a.*

OMB No. 1545-0123

Name

ALCOR ENERGY, LLC

Employer identification number

XX-XXXXXXX

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 885,183 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . . | **4** | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . . | **5** | |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . | **6** | 885,183 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . . | **7** | 439,046 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . . . | **8** | 446,137 |



**9 a** Check all methods used for valuing closing inventory:

   **(i)** [X] Cost

   **(ii)** [ ] Lower of cost or market

   **(iii)** [ ] Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . [ ] Yes    [ ] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes    [ ] No

**SCHEDULE B-1**
**(Form 1065)**
(Rev. September 2017)
Department of the Treasury
Internal Revenue Service

## Information on Partners Owning 50% or More of the Partnership
▶ Attach to Form 1065.
▶ Go to *www.irs.gov/Form1065* for the latest information.

OMB No. 1545-0123

Name of partnership
ALCOR ENERGY, LLC

Employer identification number (EIN)
XX-XXXXXXX

**Part I**  **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| ALCOR ENEREGY SOLUTIONS LLC | XX-XXXXXXX | Partnership | United States | 50.000% |
| OCHO VENTURA, LLC | XX-XXXXXXX | Partnership | United States | 50.000% |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II**  **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

Schedule B-1 (Form 1065) (Rev. 9-2017)

HTA

CLIENT COPY

**SCHEDULE C**
**(Form 1065)**
(Rev. December 2014)
Department of the Treasury
Internal Revenue Service

# Additional Information for Schedule M-3 Filers

► **Attach to Form 1065. See separate instructions.**
► **Information about Schedule C (Form 1065) and its instructions is at** *www.irs.gov/form1065.*

OMB No. 1545-0123

Name of partnership
ALCOR ENERGY, LLC

Employer identification number
XX-XXXXXXX

| | | Yes | No |
|---|---|---|---|
| 1 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . | | X |
| 2 | Does any amount reported on Schedule M-3, Part II, lines 7 or 8, column (d), reflect allocations to this partnership from another partnership of income, gain, loss, deduction, or credit that are disproportionate to this partnership's share of capital in that partnership or its ratio for sharing other items of that partnership? . . . . . . . . . | | X |
| 3 | At any time during the tax year, did the partnership sell, exchange, or transfer any interest in an intangible asset to a related person as defined in sections 267(b) and 707(b)(1)? . . . . . . . . . . . . . . . | | X |
| 4 | At any time during the tax year, did the partnership acquire any interest in an intangible asset from a related person as defined in sections 267(b) and 707(b)(1)? . . . . . . . . . . . . . . . . . | | X |
| 5 | At any time during the tax year, did the partnership make any change in accounting principle for financial accounting purposes? See instructions for a definition of change in accounting principle . . . . . . . . | | X |
| 6 | At any time during the tax year, did the partnership make any change in a method of accounting for U.S. income tax purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |



**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

Schedule C (Form 1065)  (Rev. 12-2014)

HTA

651117

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax year

beginning 06/01 / 2017   ending 12/31/2017

**Partner's Share of Income, Deductions, Credits, etc.**
➤ See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

| | |
|---|---|
| 1 Ordinary business income (loss) | 15 Credits |
| -1,139,562 | |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 16 Foreign transactions |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | 17 Alternative minimum tax (AMT) items |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 11 Other income (loss) | C 4,136 |
| 12 Section 179 deduction | 19 Distributions |
| 13 Other deductions | 20 Other information |
| A 550 | |
| 14 Self-employment earnings (loss) | |
| A -1,139,562 | |
| C 339,920 | |

**Part I** Information About the Partnership

A Partnership's employer identification number
XX-XXXXXXX

B Partnership's name, address, city, state, and ZIP code

ALCOR ENERGY, LLC
7754 E VELOCITY WAY
MESA, AZ 85212

C IRS Center where partnership filed return
e-file

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II** Information About the Partner

E Partner's identifying number          Partner: 1
XX-XXXXXXX

F Partner's name, address, city, state, and ZIP code
ALCOR ENEREGY SOLUTIONS LLC
7754 E VELOCITY WAY
CHANDLER, AZ 85207

G ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

H ☒ Domestic partner   ☐ Foreign partner

I1 What type of entity is this partner?   LLC - Partnership

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc), check here ☐

J Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.000000% | 50.000000% |
| Loss | 50.000000% | 50.000000% |
| Capital | 50.000000% | 50.000000% |

K Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | 3,092 |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 2,449,401 |

L Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | |
| Capital contributed during the year | $ | 4,512,000 |
| Current year increase (decrease) | $ | -1,144,248 |
| Withdrawals & distributions | $ ( | ) |
| Ending capital account | $ | 3,367,752 |

☐ Tax basis   ☐ GAAP   ☒ Section 704(b) book

☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

*See attached statement for additional information.

For IRS Use Only

ALCOR ENEREGY SOLUTIONS LLC                                          XX-XXXXXXX

## K-1 Statement (Sch K-1, Form 1065)

**Line 13 - Deductions**

A  Code A - Cash contributions (50%) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **A** _____ 550


**Line 14 - Self-Employment**

A  Code A - Net earnings (loss) from self-employment . . . . . . . . . . . . . . . . . . . **A** -1,139,562

C  Code C - Gross non-farm income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **C** 339,920


**Line 18 - Tax-Exempt Income and Nondeductible Expenses**

C  Code C - Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **C** 4,136

651117

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax year

beginning  06/01 / 2017  ending  12/31/2017

## Partner's Share of Income, Deductions, Credits, etc.

► **See back of form and separate instructions.**

### Part I  Information About the Partnership

**A** Partnership's employer identification number
XX-XXXXXXX

**B** Partnership's name, address, city, state, and ZIP code

ALCOR ENERGY, LLC
7754 E VELOCITY WAY
MESA, AZ 85212

**C** IRS Center where partnership filed return
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number        Partner: 2
XX-XXXXXXX

**F** Partner's name, address, city, state, and ZIP code

OCHO VENTURA, LLC
31 WINDMILL WAY
CALGARY
Canada

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?  Disregarded Entity

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.000000% | 50.000000% |
| Loss | 50.000000% | 50.000000% |
| Capital | 50.000000% | 50.000000% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | 3,093 |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 2,449,401 |

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | |
| Capital contributed during the year | $ | 4,512,000 |
| Current year increase (decrease) | $ | -1,144,251 |
| Withdrawals & distributions | $ ( | ) |
| Ending capital account | $ | 3,367,749 |

☐ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes," attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)   -1,139,563 | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C | 4,137 |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions    A    551 | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

OCHO VENTURA, LLC         XX-XXXXXXX

## K-1 Statement (Sch K-1, Form 1065)

### Line 13 - Deductions

A   Code A - Cash contributions (50%) . . . . . . . . . . . . . . . . . . . . . . . . . . . . **A**      551

### Line 18 - Tax-Exempt Income and Nondeductible Expenses

C   Code C - Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . **C**      4,137


CLIENT COPY

| SCHEDULE M-3<br>(Form 1065)<br><br>Department of the Treasury<br>Internal Revenue Service | **Net Income (Loss) Reconciliation<br>for Certain Partnerships**<br>► Attach to Form 1065 or Form 1065-B.<br>► Go to *www.irs.gov/Form1065* for instructions and the latest information. | OMB No. 1545-0123<br><br>**2017** |
|---|---|---|

| Name of partnership | Employer identification number |
|---|---|
| ALCOR ENERGY, LLC | XX-XXXXXXX |

**This Schedule M-3 is being filed because (check all that apply):**

A  [X]  The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

B  [X]  The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked, enter the amount of adjusted total assets for the tax year ___13,928,987___ .

C  [ ]  The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total receipts for the tax year _____ .

D  [ ]  An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50 percent or more in the partnership's capital, profit, or loss, on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
|  |  |  |
|  |  |  |

E  [ ]  Voluntary Filer.

| **Part I** | **Financial Information and Net Income (Loss) Reconciliation** |
|---|---|

**1a**  Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?

   [ ]  **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.

   [ ]  **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b**  Did the partnership prepare a certified audited non-tax-basis income statement for that period?

   [ ]  **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.

   [ ]  **No.** Go to line 1c.

**c**  Did the partnership prepare a non-tax-basis income statement for that period?

   [ ]  **Yes.** Complete lines 2 through 11 with respect to that income statement.

   [ ]  **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

**2**  Enter the income statement period: Beginning _____ Ending _____

**3a**  Has the partnership's income statement been restated for the income statement period on line 2?

   [ ]  **Yes.** (If "Yes," attach a statement and the amount of each item restated.)

   [ ]  **No.**

**b**  Has the partnership's income statement been restated for any of the five income statement periods immediately preceding the period on line 2?

   [ ]  **Yes.** (If "Yes," attach a statement and the amount of each item restated.)

   [ ]  **No.**

| | | | |
|---|---|---|---:|
| **4a** | Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 . . . . | **4a** | ( 2,288,499) |
| **b** | Indicate accounting standard used for line 4a (see instructions). | | |
| |   **1** [ ] GAAP   **2** [ ] IFRS   **3** [ ] Section 704(b) | | |
| |   **4** [X] Tax-basis   **5** [ ] Other (Specify) ► _____ | | |
| **5a** | Net income from nonincludible foreign entities (attach statement) . . . . . . . . . . . . . . . | **5a** | ( ) |
| **b** | Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) . . . . . . | **5b** | |
| **6a** | Net income from nonincludible U.S. entities (attach statement) . . . . . . . . . . . . . . . | **6a** | ( ) |
| **b** | Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) . . . . . . | **6b** | |
| **7a** | Net income (loss) of other foreign disregarded entities (attach statement) . . . . . . . . . . . | **7a** | |
| **b** | Net income (loss) of other U.S. disregarded entities (attach statement) . . . . . . . . . . . . | **7b** | |
| **8** | Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Adjustment to reconcile income statement period to tax year (attach statement) . . . . . . . . . | **9** | |
| **10** | Other adjustments to reconcile to amount on line 11 (attach statement) . . . . . . . . . . . . | **10** | |
| **11** | **Net income (loss) per income statement of the partnership.** Combine lines 4a through 10 . . . . . . | **11** | ( 2,288,499) |

**Note:** Part I, line 11 must equal Part II, line 26, column (a) or Schedule M-1, line 1 (see instructions).

**12**  Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines:

| | | Total Assets | Total Liabilities |
|---|---|---|---|
| **a** | Included on Part I, line 4 | | |
| **b** | Removed on Part I, line 5 | | |
| **c** | Removed on Part I, line 6 | | |
| **d** | Included on Part I, line 7 | | |

**For Paperwork Reduction Act Notice, see the instructions for your return.**           Schedule M-3 (Form 1065) 2017
HTA

DRAFT — DO NOT FILE (watermark)

Schedule M-3 (Form 1065) 2017

Page **2**

| Name of partnership | Employer identification number |
|---|---|
| ALCOR ENERGY, LLC | XX-XXXXXXX |

**Part II**  Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return

| | Income (Loss) Items | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|---|
| | Attach statements for lines 1 through 10. | | | | |
| 1 | Income (loss) from equity method foreign corporations | | | | |
| 2 | Gross foreign dividends not previously taxed | | | | |
| 3 | Subpart F, QEF, and similar income inclusions | | | | |
| 4 | Gross foreign distributions previously taxed | | | | |
| 5 | Income (loss) from equity method U.S. corporations | | | | |
| 6 | U.S. dividends | | | | |
| 7 | Income (loss) from U.S. partnerships | | | | |
| 8 | Income (loss) from foreign partnerships | | | | |
| 9 | Income (loss) from other pass-through entities | | | | |
| 10 | Items relating to reportable transactions | | | | |
| 11 | Interest income (see instructions) | | | | |
| 12 | Total accrual to cash adjustment | | | | |
| 13 | Hedging transactions | | | | |
| 14 | Mark-to-market income (loss) | | | | |
| 15 | Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 16 | Sale versus lease (for sellers and/or lessors) | | | | |
| 17 | Section 481(a) adjustments | | | | |
| 18 | Unearned/deferred revenue | | | | |
| 19 | Income recognition from long-term contracts | | | | |
| 20 | Original issue discount and other imputed interest | | | | |
| 21a | Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b | Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c | Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d | Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e | Abandonment losses | | | | |
| f | Worthless stock losses (attach statement) | | | | |
| g | Other gain/loss on disposition of assets other than inventory | | | | |
| 22 | Other income (loss) items with differences (attach statement) | | | | |
| 23 | **Total income (loss) items.** Combine lines 1 through 22 | 0 | 0 | 0 | 0 |
| 24 | **Total expense/deduction items.** (From Part III, line 31) (see instructions) | | | | |
| 25 | Other items with no differences | | | | |
| 26 | **Reconciliation totals.** Combine lines 23 through 25 | 0 | 0 | 0 | 0 |

**Note:** Line 26, column (a), must equal Part I, line 11, and column (d) must equal Form 1065, Analysis of Net Income (Loss), line 1.

Schedule M-3 (Form 1065) 2017

Schedule M-3 (Form 1065) 2017 | Page **3**

| Name of partnership | Employer identification number |
|---|---|
| ALCOR ENERGY, LLC | XX-XXXXXXX |

**Part III**    Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return—Expense/Deduction Items

| | Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | State and local current income tax expense . . . . . . | | | | |
| 2 | State and local deferred income tax expense . . . . . | | | | |
| 3 | Foreign current income tax expense (other than foreign withholding taxes) . . . . . . . . . . . | | | | |
| 4 | Foreign deferred income tax expense . . . . . . . . | | | | |
| 5 | Equity-based compensation . . . . . . . . . . . | | | | |
| 6 | Meals and entertainment . . . . . . . . . . . . | | | | |
| 7 | Fines and penalties . . . . . . . . . . . . . | | | | |
| 8 | Judgments, damages, awards, and similar costs . . . . | | | | |
| 9 | Guaranteed payments . . . . . . . . . . . . | | | | |
| 10 | Pension and profit-sharing . . . . . . . . . . | | | | |
| 11 | Other post-retirement benefits . . . . . . . . . | | | | |
| 12 | Deferred compensation . . . . . . . . . . . | | | | |
| 13 | Charitable contribution of cash and tangible property . . . . . . . . . . . . . . . . | | | | |
| 14 | Charitable contribution of intangible property . . . . . | | | | |
| 15 | Organizational expenses as per Regulations section 1.709-2(a) . . . . . . . . . . . . . | | | | |
| 16 | Syndication expenses as per Regulations section 1.709-2(b) . . . . . . . . . . . . . | | | | |
| 17 | Current year acquisition/reorganization investment banking fees . . . . . . . . . . . . . . | | | | |
| 18 | Current year acquisition/reorganization legal and accounting fees . . . . . . . . . . . . . | | | | |
| 19 | Amortization/impairment of goodwill . . . . . . . | | | | |
| 20 | Amortization of acquisition, reorganization, and start-up costs . . . . . . . . . . . . . . | | | | |
| 21 | Other amortization or impairment write-offs . . . . . | | | | |
| 22 | Reserved . . . . . . . . . . . . . . . | | | | |
| 23a | Depletion—Oil & Gas . . . . . . . . . . . . | | | | |
| b | Depletion—Other than Oil & Gas . . . . . . . . | | | | |
| 24 | Intangible drilling & development costs . . . . . . . | | | | |
| 25 | Depreciation . . . . . . . . . . . . . . . | | | | |
| 26 | Bad debt expense . . . . . . . . . . . . . | | | | |
| 27 | Interest expense (see instructions) . . . . . . . . | | | | |
| 28 | Purchase versus lease (for purchasers and/or lessees) . . . . . . . . . . . . . . . . | | | | |
| 29 | Research and development costs . . . . . . . . . | | | | |
| 30 | Other expense/deduction items with differences (attach statement) . . . . . . . . . . . . . | | | | |
| 31 | **Total expense/deduction items. Combine lines 1 through 30.** Enter here and on Part II, line 24, reporting positive amounts as negative and negative amounts as positive . . . . . . . . . . . | 0 | 0 | 0 | 0 |

Schedule M-3 (Form 1065) 2017

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

## Depreciation and Amortization
### (Including Information on Listed Property)
▶ **Attach to your tax return.**
▶ **Go to** *www.irs.gov/Form4562* **for instructions and the latest information.**

OMB No. 1545-0172

**2017**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| ALCOR ENERGY, LLC | 1065 - MANUFACTURER | XX-XXXXXXX |

### Part I    Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---:|
| 1 | Maximum amount (see instructions) | 1 | 510,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 7,781,068 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,030,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 5,751,068 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 0 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---:|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2016 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | 0 |
| 13 | Carryover of disallowed deduction to 2018. Add lines 9 and 10, less line 12 . . . ▶ 13 | 0 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II    Special Depreciation Allowance and Other Depreciation (Don't include listed property.) (See instructions.)

| | | | |
|---|---|---|---:|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III    MACRS Depreciation (Don't include listed property.) (See instructions.)

#### Section A

| | | | |
|---|---|---|---:|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2017 . . . . . . | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . ▶ ☐ | | |

#### Section B - Assets Placed in Service During 2017 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---:|
| 19 a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | 285,568 | 7 | HY | 200DB | 23,795 |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C - Assets Placed in Service During 2017 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part IV    Summary (See instructions.)

| | | | |
|---|---|---|---:|
| 21 | Listed property. Enter amount from line 28 | 21 | 874,478 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 898,273 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . 23 | | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2017)

HTA

Form 4562 (2017)                  ALCOR ENERGY, LLC                  XX-XXXXXXX    Page **2**

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

| 24a Do you have evidence to support the business/investment use claimed? | Yes | No | 24b If "Yes," is the evidence written? | Yes | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| See statement | | % | | | | | 874,478 | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . | | | | | 28 | | 874,478 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . | | | | | | 29 | | 0 |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) . . | | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . | | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . | | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . | | |
| **Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles. | | |

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2017 tax year (see instructions): | | | | | |
| CLASS VI INTANGIBLES | 6/1/2017 | 150,957 | 197 | 15 | 5,871 |
| GOODWILL | 6/1/2017 | 1,816,907 | 197 | 15 | 70,657 |
| 43 Amortization of costs that began before your 2017 tax year . . . . . . . . . . . | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . | | | | 44 | 76,528 |

Form 4562 (2017)

ALCOR ENERGY, LLC                                                    XX-XXXXXXX

The following questions should be answered in the context of the **FEDERAL** return being electronically filed.
Responses for state efiles are below.

Check ("x") this column to see more information, when available.

| | | Form family applicability | | | |
|---|---|---|---|---|---|
| | | 1065 | 1120/F | 1120S | 1041 |
| [X] | Name of signing officer or fiduciary . .BARRY          STONEHOUSE | | | | |
| | SSN/EIN of signing officer or fiduciary . . . . . . . . . . . . . XXX-XX-XXXX | Y | Y | Y | Y |

If a financial institution is the fiduciary then the financial institution's name should be entered.

| | | | | | |
|---|---|---|---|---|---|
| [ ] Total Income from Prior Year return . . . . . . . . . . _____ | Y | Y | Y | Y |
| [ ] Enter total number of K-1's . . . . . . . . . . . . _____ 2 | Y | | Y | |
| [ ] If claiming deduction for Salary & Wages on current year return, mark this box [X] and enter the number of W2's reported to SSA for this tax year. . . _____ 21 | Y | Y | Y | |
| [ ] If claiming Compensation of Officers on current year return, mark this box [ ] and enter the number of officers . . . . . . . . _____ | | Y | Y | |
| [ ] Parent Company Name . . . . . . . . . . _____ | | | | |
| Parent Company EIN . . . . . . . . . . . _____ | Y | Y | Y | |
| [ ] Business's Primary Physical Address: | | | | |
| Street _____ | | | | |
| Line 2 _____ | | | | |
| City _____ St _____ Zip _____ | | | | |
| Country _____ Province _____ Postal Code _____ | Y | Y | Y | |
| [ ] Grantor Name . . . . . . . . . _____ | | | | |
| Grantor SSN . . . . . . . . . _____ | | | | Y |

[ ] Indicate which, if any, of the following forms this entity is required to file.

| | | | | | |
|---|---|---|---|---|---|
| [ ] 720  [ ] 990  [ ] 1042 | | | | | |
| [ ] 940  [ ] 941  [ ] 943  [ ] 944  [ ] 945 | Y | Y | Y | Y |

| | | | | | |
|---|---|---|---|---|---|
| [ ] Were estimated tax payments made for this entity towards the current tax year's liability? [ ] Yes  [ ] No | | Y | Y | Y |

**Note: For EFTPS Confirmation Number, if more than 15 digits, enter the first 15 digits.**
**First Payment, regardless of quarter or date paid.**

Method       Direct Debit/ACH    Cash       Check      EFTPS
                    [ ]           [ ]        [ ]        [ ]

Amount paid with first quarter . . . . . . . _____
Date payment was requested to be debited . . _____
    For Cash payments, date cash was deposited. For Check payments, date on check.
Last 4 digits of account number for Direct Debit/ACH or EFTPS payment . . _____
EFTPS Confirmation Number . . . . . . . . . _____

**Note: For EFTPS Confirmation Number, if more than 15 digits, enter the first 15 digits.**
**Last Payment, regardless of quarter or date paid.**
Do NOT use if only one estimated payment was made.

Method       Direct Debit/ACH    Cash       Check      EFTPS
                    [ ]           [ ]        [ ]        [ ]

Amount of last payment . . . . . . . . _____
Date payment was requested to be debited . . _____
    For Cash payments, date cash was deposited. For Check payments, date on check.
Last 4 digits of account number for Direct Debit/ACH or EFTPS payment . . _____
EFTPS Confirmation Number . . . . . . . . _____

CLIENT COPY

## Line 15 (1065) - Interest Expense

| | | | |
|---|---|---|---|
| 1 | INTEREST EXPENSE | 1 | 229,646 |
| 2 | Total interest expense. | 2 | 229,646 |

## Line 20 (1065) - Other Deductions

| | | | | |
|---|---|---|---|---|
| 1 | Travel, Meals and Entertainment | | | |
| a | Travel | | 1a | 85,311 |
| b | Meals and entertainment, subject to 50% limit | 1b | 16,545 | |
| d | Less disallowed | 1d | 8,273 | |
| e | Subtract line d from lines b and c | | 1e | 8,272 |
| 2 | From Form 4562 - Amortization | | 2 | 76,528 |
| 3 | ADVERTISING | | 3 | 509 |
| 4 | COMPUTER AND INTERNET | | 4 | 4,216 |
| 5 | FIELD EXPENSE | | 5 | 113,409 |
| 6 | EQUIPMENT LEASE | | 6 | 3,472 |
| 7 | IT SUPPORT | | 7 | 1,414 |
| 8 | AUTO EXPENSE | | 8 | 3,815 |
| 9 | BANK FEES | | 9 | 1,564 |
| 10 | DUES AND SUBSCRIPTIONS | | 10 | 5,457 |
| 11 | FIRE EXTINGUISHER MAINTENANCE | | 11 | 817 |
| 12 | UTILITIES | | 12 | 24,332 |
| 13 | INSURANCE | | 13 | 77,710 |
| 14 | LANDSCAPE MAINTENANCE | | 14 | 4,200 |
| 15 | OFFICE SUPPLIES | | 15 | 7,931 |
| 16 | OTHER TAXES | | 16 | 2,037 |
| 17 | TELEPHONE | | 17 | 18,720 |
| 18 | PAYROLL FEES | | 18 | 2,718 |
| 19 | MISC REIMBURSEMENT | | 19 | 300 |
| 20 | POSTAGE AND DELIVERY | | 20 | 1,437 |
| 21 | PROFESSIONAL FEES | | 21 | 343,547 |
| 22 | SHOP EXPENSE | | 22 | 19,684 |
| 23 | TRADE SHOW FEES | | 23 | 5,273 |
| 24 | EXPENSES INCURRED BEFORE BUSINESS STARTED | | 24 | 23,061 |
| 25 | Total other deductions | | 25 | 835,734 |

## Line 13a, Sch K (1065) - Contributions

| | | | |
|---|---|---|---|
| A | Code A - Cash contributions (50%) | A | 1,101 |
| | Total contributions | 13a | 1,101 |

## Line 6, Sch L (1065) - Other Current Assets

| | | | Beginning | Ending |
|---|---|---|---|---|
| 1 | UNDEPOSITED FUNDS | 1 | | 1,200 |
| 2 | Total other current assets | 2 | 0 | 1,200 |

## Line 13, Sch L (1065) - Other Assets

| | | | Beginning | Ending |
|---|---|---|---|---|
| 1 | DUE FROM OCHOA VENTURA | 1 | | 1,653,000 |
| 2 | TRANSFERRED RECEIVABLE GOODWILL | 2 | | 426,067 |
| 3 | Total other assets | 3 | 0 | 2,079,067 |

## Line 20, Sch L (1065) - Other Liabilities

| | | | Beginning | Ending |
|---|---|---|---|---|
| 1 | PAYROLL LIABILITIES | 1 | | 6,185 |
| 2 | Total other liabilities | 2 | 0 | 6,185 |

© 2018 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

ALCOR ENERGY, LLC

# Form 4562 Statement - 1065

ALCOR ENERGY, LLC    XXXXXXXXX

## Depreciation Detail

### GDS 7-year property (Line 19c)

| Item No. | Description of Property | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum. Deprec., 179, Bonus | 2017 Deprec. | 2017 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FL0001 CLARK 6000 FORKLI | 6/1/2017 | F-10 | 100.00% | 2,500 | 0 | 0 | 0 | 0 | 2,500 | 7 | 200DB | HY | 0 | 208 | 208 |
| | FURNITURE FIXTURES AND | 6/1/2017 | F-10 | 100.00% | 156,110 | 0 | 0 | 0 | 0 | 156,110 | 7 | 200DB | HY | 0 | 13,009 | 13,009 |
| | ON002-ONAN-500 | 6/1/2017 | F-10 | 100.00% | 10,000 | 0 | 0 | 0 | 0 | 10,000 | 7 | 200DB | HY | 0 | 833 | 833 |
| Item-1 | ON001-ONAN-500 | 6/1/2017 | F-10 | 100.00% | 10,000 | 0 | 0 | 0 | 0 | 10,000 | 7 | 200DB | HY | 0 | 833 | 833 |
| | PW002-PRESSURE WASHE | 6/1/2017 | F-10 | 100.00% | 600 | 0 | 0 | 0 | 0 | 600 | 7 | 200DB | HY | 0 | 50 | 50 |
| | TRCH001 TORCH SET | 6/1/2017 | F-10 | 100.00% | 1,000 | 0 | 0 | 0 | 0 | 1,000 | 7 | 200DB | HY | 0 | 83 | 83 |
| | WLD0001 ARC MIG TIG WELI | 6/1/2017 | F-10 | 100.00% | 1,500 | 0 | 0 | 0 | 0 | 1,500 | 7 | 200DB | HY | 0 | 125 | 125 |
| Item-1 | WLD0002 MIG WELDER | 6/1/2017 | F-10 | 100.00% | 1,500 | 0 | 0 | 0 | 0 | 1,500 | 7 | 200DB | HY | 0 | 125 | 125 |
| Item-2 | WLD0003 MIG WELDER | 6/1/2017 | F-10 | 100.00% | 1,500 | 0 | 0 | 0 | 0 | 1,500 | 7 | 200DB | HY | 0 | 125 | 125 |
| | BALANCE MACHINE | 6/14/2017 | F-10 | 100.00% | 55,000 | 0 | 0 | 0 | 0 | 55,000 | 7 | 200DB | HY | 0 | 4,583 | 4,583 |
| | FURNITURE AND EQUIPMEN | 8/11/2017 | F-10 | 100.00% | 1,984 | 0 | 0 | 0 | 0 | 1,984 | 7 | 200DB | HY | 0 | 165 | 165 |
| | SHOP TOOLING | 9/15/2017 | F-10 | 100.00% | 43,874 | 0 | 0 | 0 | 0 | 43,874 | 7 | 200DB | HY | 0 | 3,656 | 3,656 |

Total GDS 7-year property (Line 19c): 285,568 | 0 | 0 | | 285,568 | | | | 0 | 23,795 | 23,795

**Subtotal Depreciation**: 285,568 | 0 | 0 | 285,568 | 0 | 23,795 | 23,795

## Listed Property

### Listed property with more than 50% business use (Line 25 and 26)

| Item No. | Description of Property | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum. Deprec., 179, Bonus | 2017 Deprec. | 2017 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10001-1401-1000 UNIT | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | 10002-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | 10004-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | 10006-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 325,000 | 0 | 0 | 0 | 0 | 325,000 | 5 | 200DB | HY | 0 | 37,917 | 37,917 |
| | 10013-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | 10014-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 325,000 | 0 | 0 | 0 | 0 | 325,000 | 5 | 200DB | HY | 0 | 37,917 | 37,917 |
| | 10015-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 325,000 | 0 | 0 | 0 | 0 | 325,000 | 5 | 200DB | HY | 0 | 37,917 | 37,917 |
| | 10016-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 325,000 | 0 | 0 | 0 | 0 | 325,000 | 5 | 200DB | HY | 0 | 37,917 | 37,917 |
| | 10017-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | 10018-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | 10019-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 325,000 | 0 | 0 | 0 | 0 | 325,000 | 5 | 200DB | HY | 0 | 37,917 | 37,917 |
| | 10024-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 175,000 | 0 | 0 | 0 | 0 | 175,000 | 5 | 200DB | HY | 0 | 20,417 | 20,417 |
| | 10025-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 50,000 | 0 | 0 | 0 | 0 | 50,000 | 5 | 200DB | HY | 0 | 5,833 | 5,833 |
| Item-1 | 10026-SATURN 10-900 X2 | 6/1/2017 | F-15 | 100.00% | 500,000 | 0 | 0 | 0 | 0 | 500,000 | 5 | 200DB | HY | 0 | 58,333 | 58,333 |
| | 20001 - SATURN 20-1200 | 6/1/2017 | F-15 | 100.00% | 425,000 | 0 | 0 | 0 | 0 | 425,000 | 5 | 200DB | HY | 0 | 49,583 | 49,583 |
| Item-1 | 20002 - SATURN 20-1200 | 6/1/2017 | F-15 | 100.00% | 425,000 | 0 | 0 | 0 | 0 | 425,000 | 5 | 200DB | HY | 0 | 49,583 | 49,583 |
| | 20003 SATURN 20-1200 | 6/1/2017 | F-15 | 100.00% | 100,000 | 0 | 0 | 0 | 0 | 100,000 | 5 | 200DB | HY | 0 | 11,667 | 11,667 |
| Item-2 | 20004 - SATURN 20-1200 | 6/1/2017 | F-15 | 100.00% | 425,000 | 0 | 0 | 0 | 0 | 425,000 | 5 | 200DB | HY | 0 | 49,583 | 49,583 |
| Item-1 | 30002-ALLISON 501-3000 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| Item-2 | 30003-ALLISON 501-3000 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | PW001 PRESSURE WASHER | 6/1/2017 | F-15 | 100.00% | 2,500 | 0 | 0 | 0 | 0 | 2,500 | 5 | 200DB | HY | 0 | 292 | 292 |
| Item-1 | R001-WAUKESAW-500 | 6/1/2017 | F-15 | 100.00% | 60,000 | 0 | 0 | 0 | 0 | 60,000 | 5 | 200DB | HY | 0 | 7,000 | 7,000 |
| | R002-WAUKESAW-500 | 6/1/2017 | F-15 | 100.00% | 60,000 | 0 | 0 | 0 | 0 | 60,000 | 5 | 200DB | HY | 0 | 7,000 | 7,000 |
| | R003-WAUKESAW-500 | 6/1/2017 | F-15 | 100.00% | 30,000 | 0 | 0 | 0 | 0 | 30,000 | 5 | 200DB | HY | 0 | 3,500 | 3,500 |
| Item-1 | TR0001 LOWBOY GOOSDEN | 6/1/2017 | F-15 | 100.00% | 5,000 | 0 | 0 | 0 | 0 | 5,000 | 5 | 200DB | HY | 0 | 583 | 583 |
| Item-1-1 | TR0002 TANDEM FLAT DECK | 6/1/2017 | F-15 | 100.00% | 5,000 | 0 | 0 | 0 | 0 | 5,000 | 5 | 200DB | HY | 0 | 583 | 583 |
| | TR0003 TANDEM ENCLOSEI | 6/1/2017 | F-15 | 100.00% | 8,000 | 0 | 0 | 0 | 0 | 8,000 | 5 | 200DB | HY | 0 | 933 | 933 |

© 2018 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

CLIENT COPY

# Form 4562 Statement - 1065

ALCOR ENERGY, LLC   XXXXXXXX

12/31/2017

| Item No. | Description of Property | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum. Deprec., 179, Bonus | 2017 Deprec. | 2017 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total listed prop with > 50% business use | | | | 7,495,500 | 0 | 0 | 0 | 0 | 7,495,500 | | | | 0 | 874,478 | 874,478 |
| | **Subtotal Listed Property** | | | | 7,495,500 | 0 | 0 | 0 | 0 | 7,495,500 | | | | 0 | 874,478 | 874,478 |
| **Total Amortization (Line 44)** | | | | | | | | | | | | | | | | |
| | CLASS VI INTANGIBLES | 6/1/2017 | Z-9 | 100.00% | 150,957 | 0 | 0 | 0 | 0 | 150,957 | 15 | SL | FM | 0 | 5,871 | 5,871 |
| | GOODWILL | 6/1/2017 | Z-9 | 100.00% | 1,816,907 | 0 | 0 | 0 | 0 | 1,816,907 | 15 | SL | FM | 0 | 70,657 | 70,657 |
| | Total Amortization (Line 44) | | | | 1,967,864 | 0 | 0 | 0 | 0 | 1,967,864 | | | | 0 | 76,528 | 76,528 |
| | **Total Depreciation and Amortization** | | | | 9,748,632 | 0 | 0 | 0 | 0 | 9,748,822 | | | | 0 | 974,801 | 974,801 |

## Form 4562 Reconciliation

| | |
|---|---|
| Annual depreciation and amortization (including Sec 168(f) elected amounts) | 974,801 |
| Special allowance except listed property (Line 14) - current year assets | 0 |
| Special allowance - listed property (Line 25) - current year assets | 0 |
| Section 179 amount claimed (includes prior year disallowed) | 0 |
| Section 179 amount carried forward to future year | 0 |
| Section 179 deduction (Line 12) reported on Schedule K | 0 |
| Less amortization included in total annual depreciation and amortization (Line 44) | 76,528 |
| **Form 4562, Line 22** | 898,273 |

CLIENT COPY

© 2018 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

ALCOR ENERGY, LLC

## Elections

**Election to NOT claim first-year special depreciation - 3 Year Property**
Pursuant to IRC Section 168(k)(2)(D)(iii), the Taxpayer elects out of first-year special depreciation for all 3-Year depreciable property placed in service during the current tax year.

**Election to NOT claim first-year special depreciation - 5 Year Property**
Pursuant to IRC Section 168(k)(2)(D)(iii), the Taxpayer elects out of first-year special depreciation for all 5-Year depreciable property placed in service during the current tax year.

**Election to NOT claim first-year special depreciation - 7 Year Property**
Pursuant to IRC Section 168(k)(2)(D)(iii), the Taxpayer elects out of first-year special depreciation for all 7-Year depreciable property placed in service during the current tax year.

**Election to NOT claim first-year special depreciation - 10 Year Property**
Pursuant to IRC Section 168(k)(2)(D)(iii), the Taxpayer elects out of first-year special depreciation for all 10-Year depreciable property placed in service during the current tax year.

**Election to NOT claim first-year special depreciation - 15 Year Property**
Pursuant to IRC Section 168(k)(2)(D)(iii), the Taxpayer elects out of first-year special depreciation for all 15-Year depreciable property placed in service during the current tax year.

**Election to NOT claim first-year special depreciation - 20 Year Property**
Pursuant to IRC Section 168(k)(2)(D)(iii), the Taxpayer elects out of first-year special depreciation for all 20-Year depreciable property placed in service during the current tax year.

**Election to NOT claim first-year special depreciation - 27.5 Year Property**
Pursuant to IRC Section 168(k)(2)(D)(iii), the Taxpayer elects out of first-year special depreciation for all 27.5-Year depreciable property placed in service during the current tax year.

**Election to NOT claim first-year special depreciation - 39 Year Property**
Pursuant to IRC Section 168(k)(2)(D)(iii), the Taxpayer elects out of first-year special depreciation for all 39-Year depreciable property placed in service during the current tax year.

**Election to NOT claim first-year special depreciation - All Property**
Pursuant to IRC Section 168(k)(2)(D)(iii), the Taxpayer elects out of first-year special depreciation for all depreciable property placed in service during the current tax year.

**Election to Claim 50% Special Depreciation Allowance for Assets Placed in Service after 9/27/2017**
Pursuant to IRC 168(k)(8), the Taxpayer elects to use 50% special depreciation allowance in lieu of 100% special depreciation allowance for all classes of assets placed in service after 9/27/2017 and before the last day of the first tax year ending after 9/27/2017.

© 2018 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

ALCOR ENERGY, LLC

## Line 9 (1065) - Salaries and Wages

| | | | |
|---|---|---:|---:|
| 1 | Salaries | 1 | |
| 2 | Wages | 2 | 554,740 |
| 3 | LEASED EMPLOYEE COSTS | 3 | 41,804 |
| 4 | Total salaries and wages | 4 | 596,544 |
| | Salaries and wages reported elsewhere on return: | | |
| 5 | Amounts included in Cost of Goods Sold | 5 | 0 |
| 6 | Elective contributions to a section 401(k) cash or deferred arrangement, or amounts contributed under a salary reductions SEP agreement or a SIMPLE IRA plan | 6 | |
| 7 | Total salaries and wages reported elsewhere on return | 7 | 0 |
| | Less employment credits: | | |
| 8 | From Form 5884 - Work Opportunity Credit | 8 | 0 |
| 9 | From Form 8844 - Empowerment Zone Employment Credit | 9 | |
| 10 | From Form 8845 - Indian Employment Credit | 10 | 0 |
| 11 | | 11 | |
| 12 | | 12 | |
| 13 | | 13 | |
| 14 | Total employment credits | 14 | 0 |
| 15 | Reduction of expenses for offsetting credits | 15 | |
| 16 | Total salaries and wages less employment credits and expense reductions | 16 | 596,544 |

## Line 14 (1065) - Taxes and Licenses

| | | | |
|---|---|---:|---:|
| 1 | Payroll tax | 1 | 50,719 |
| 2 | Sub Total | 2 | 50,719 |
| 3 | Total taxes and licenses | 3 | 50,719 |

## Line 18c, Sch K (1065) - Nondeductible Expenses

| | | | |
|---|---|---:|---:|
| C | Code C - Nondeductible expenses | | |
| | Nondeductible portion of meals, travel and entertainment expenses | | 8,273 |
| | Total nondeductible expenses | 18c | 8,273 |



CLIENT COPY

## Sch L (1065) - Balance Sheets per Books

| Assets | | Beginning | Ending |
|---|---|---:|---:|
| 1 Cash | 1 | 0 | 24,879 |
| 2a Trade notes and accounts receivable | 2a | | 322,165 |
| 2b Less allowance for bad debts | 2b | | |
| 2c Net trade notes and accounts receivable | 2c | 0 | 322,165 |
| 3 Inventories | 3 | 0 | 439,046 |
| 4 U.S. government obligations | 4 | | |
| 5 Tax-exempt securities | 5 | | |
| 6 Other current assets | 6 | 0 | 1,200 |
| 7a Loans to partners (or persons related to partners) | 7a | | |
| 7b Mortgage and real estate loans | 7b | | |
| 8 Other investments | 8 | 0 | 0 |
| 9a Buildings and other depreciable assets | 9a | 0 | 7,781,068 |
| 9b Less accumulated depreciation | 9b | 0 | 898,273 |
| 9c Net buildings and other depreciable assets | 9c | 0 | 6,882,795 |
| 10a Depletable assets | 10a | | |
| 10b Less accumulated depletion | 10b | | |
| 10c Net depletable assets | 10c | 0 | 0 |
| 11 Land (net of any amortization) | 11 | 0 | 0 |
| 12a Intangible assets (amortizable only) | 12a | 0 | 1,967,864 |
| 12b Less accumulated amortization | 12b | 0 | 76,528 |
| 12c Net intangible assets | 12c | 0 | 1,891,336 |
| 13 Other assets | 13 | 0 | 2,079,067 |
| 14 Total assets | 14 | 0 | 11,640,488 |
| **Liabilities and Capital** | | | |
| 15 Accounts payable | 15 | | 123,802 |
| 16 Mortgages, notes, bonds payable in less than 1 year | 16 | | |
| 17 Other current liabilities | 17 | 0 | 0 |
| 18 All nonrecourse loans | 18 | | |
| 19a Loans from partners (or persons related to partners) | 19a | | 4,775,000 |
| 19b Mortgages, notes, bonds payable in 1 year or more | 19b | | |
| 20 Other liabilities | 20 | 0 | 6,185 |
| 21 Partners' capital accounts | 21 | | 6,735,501 |
| 22 Total liabilities and capital | 22 | 0 | 11,640,488 |

End of year balance sheet out of balance by . . . . . . . . . . . . . . . . . . . . . . . . . . 0

## Line B (Sch M-3 (1065)) - Adjusted Total Assets

| | | |
|---|---|---:|
| 1 Enter total assets at the end of the tax year on Schedule L, line 14, column (d) . . . . . . . . . . . | 1 | 11,640,488 |
| 2 Enter capital distributions on Schedule M-2, lines 6a and 6b (shown as a positive amount) . . . . . . . | 2 | 0 |
| 3 Enter any loss reported on Schedule M-2, line 3 (shown as a positive amount) . . . . . . . . . | 3 | 2,288,499 |
| 4 Enter the amount of any positive adjustment on Schedule M-2, line 7 . . . . . . . . . . | 4 | 0 |
| 5 Enter the amount of any negative adjustment on Schedule M-2, line 4 (shown as a positive amount) . . . . | 5 | 0 |
| 6 Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 13,928,987 |
| 7 Enter combined total liabilities (recourse and nonrecourse) on all Schedules K-1 (Form 1065), Part II, Item K, or Schedules K-1 (Form 1065-B) . . . . . . . . . . . . . . . | 7 | 4,904,987 |
| 8 Adjusted Total Assets. Enter the greater of the amount shown on line 6 and line 7 . . . . . . . . . | 8 | 13,928,987 |

**Note:** For line 2 above, if the partnership reflects partner capital account changes resulting from the sale of a partnership interest on Schedule M-2 as matching contributions and distributions (on lines 2a and 2b and on lines 6a and 6b, respectively), reduce the amounts shown on lines 6a and 6b by such matching amounts.

# Assets by Classification - 1065

ALCOR ENERGY LLC  XXXXXXXX

12/31/2017

## 5-yr Other (listed property)

| Item No. | Description of Property ****indicates DISPOSED | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Prior Accum. Deprec., 179, Bonus | Convention Code | Method | Recovery Period | 2017 Deprec. | 2017 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10001-1401-1000 UNIT | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 0 | HY | 200DB | 5 | 46,667 | 46,667 |
| | 10002-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 0 | HY | 200DB | 5 | 46,667 | 46,667 |
| | 10004-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 0 | HY | 200DB | 5 | 46,667 | 46,667 |
| | 10006-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 325,000 | 0 | 0 | 0 | 0 | 325,000 | 0 | HY | 200DB | 5 | 37,917 | 37,917 |
| | 10013-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 325,000 | 0 | 0 | 0 | 0 | 325,000 | 0 | HY | 200DB | 5 | 37,917 | 37,917 |
| | 10014-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 325,000 | 0 | 0 | 0 | 0 | 325,000 | 0 | HY | 200DB | 5 | 37,917 | 37,917 |
| Item-1 | 10015-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 325,000 | 0 | 0 | 0 | 0 | 325,000 | 0 | HY | 200DB | 5 | 37,917 | 37,917 |
| | 10019-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 325,000 | 0 | 0 | 0 | 0 | 325,000 | 0 | HY | 200DB | 5 | 37,917 | 37,917 |
| Item-1 | 10018-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 0 | HY | 200DB | 5 | 46,667 | 46,667 |
| Item-2 | 10017-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 0 | HY | 200DB | 5 | 46,667 | 46,667 |
| | 10016-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 325,000 | 0 | 0 | 0 | 0 | 325,000 | 0 | HY | 200DB | 5 | 37,917 | 37,917 |
| | 10024-SATURN 10-500 | 6/1/2017 | F-15 | 100.00% | 175,000 | 0 | 0 | 0 | 0 | 175,000 | 0 | HY | 200DB | 5 | 20,417 | 20,417 |
| | 10025-SATURN 10-900 | 6/1/2017 | F-15 | 100.00% | 50,000 | 0 | 0 | 0 | 0 | 50,000 | 0 | HY | 200DB | 5 | 5,833 | 5,833 |
| | 10026-SATURN 10-900 X2 | 6/1/2017 | F-15 | 100.00% | 500,000 | 0 | 0 | 0 | 0 | 500,000 | 0 | HY | 200DB | 5 | 58,333 | 58,333 |
| Item-1 | 20001 - SATURN 20-1200 | 6/1/2017 | F-15 | 100.00% | 425,000 | 0 | 0 | 0 | 0 | 425,000 | 0 | HY | 200DB | 5 | 49,583 | 49,583 |
| | 20002 - SATURN 20-1200 | 6/1/2017 | F-15 | 100.00% | 425,000 | 0 | 0 | 0 | 0 | 425,000 | 0 | HY | 200DB | 5 | 49,583 | 49,583 |
| | 20004 - SATURN 20-1200 | 6/1/2017 | F-15 | 100.00% | 425,000 | 0 | 0 | 0 | 0 | 425,000 | 0 | HY | 200DB | 5 | 49,583 | 49,583 |
| | 20003 SATURN 20-1200 | 6/1/2017 | F-15 | 100.00% | 100,000 | 0 | 0 | 0 | 0 | 100,000 | 0 | HY | 200DB | 5 | 11,667 | 11,667 |
| | 30001-ALLISON 501-3000 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 0 | HY | 200DB | 5 | 46,667 | 46,667 |
| Item-1 | 30003-ALLISON 501-3000 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 0 | HY | 200DB | 5 | 46,667 | 46,667 |
| Item-2 | 30002-ALLISON 501-3000 | 6/1/2017 | F-15 | 100.00% | 400,000 | 0 | 0 | 0 | 0 | 400,000 | 0 | HY | 200DB | 5 | 46,667 | 46,667 |
| Item-1 | R001-WAUKESAW-500 | 6/1/2017 | F-15 | 100.00% | 60,000 | 0 | 0 | 0 | 0 | 60,000 | 0 | HY | 200DB | 5 | 7,000 | 7,000 |
| Item-1 | R002-WAUKESAW-500 | 6/1/2017 | F-15 | 100.00% | 60,000 | 0 | 0 | 0 | 0 | 60,000 | 0 | HY | 200DB | 5 | 7,000 | 7,000 |
| Item-1-1 | R003-WAUKESAW-500 | 6/1/2017 | F-15 | 100.00% | 30,000 | 0 | 0 | 0 | 0 | 30,000 | 0 | HY | 200DB | 5 | 3,500 | 3,500 |
| | TR001 LOWBOY GOOSDEN | 6/1/2017 | F-15 | 100.00% | 5,000 | 0 | 0 | 0 | 0 | 5,000 | 0 | HY | 200DB | 5 | 583 | 583 |
| | TR002 TANDEM FLAT DECK | 6/1/2017 | F-15 | 100.00% | 5,000 | 0 | 0 | 0 | 0 | 5,000 | 0 | HY | 200DB | 5 | 583 | 583 |
| | TR003 TANDEM ENCLOSED | 6/1/2017 | F-15 | 100.00% | 8,000 | 0 | 0 | 0 | 0 | 8,000 | 0 | HY | 200DB | 5 | 933 | 933 |
| | PW001 PRESSURE WASHER | 6/1/2017 | F-15 | 100.00% | 2,500 | 0 | 0 | 0 | 0 | 2,500 | 0 | HY | 200DB | 5 | 292 | 292 |
| | **Total 5-yr Other (listed)** | | | | 7,495,500 | 0 | 0 | 0 | 0 | 7,495,500 | 0 | | | | 874,478 | 874,478 |

## 7-yr General purpose tools, machinery, and equipment

| Item No. | Description of Property ****indicates DISPOSED | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Prior Accum. Deprec., 179, Bonus | Convention Code | Method | Recovery Period | 2017 Deprec. | 2017 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FL0001 CLARK 6000 FORKLI | 6/1/2017 | F-10 | 100.00% | 2,500 | 0 | 0 | 0 | 0 | 2,500 | 0 | HY | 200DB | 7 | 208 | 208 |
| | FURNITURE FIXTURES AND | 6/1/2017 | F-10 | 100.00% | 156,110 | 0 | 0 | 0 | 0 | 156,110 | 0 | HY | 200DB | 7 | 13,009 | 13,009 |
| | ON002-ONAN-500 | 6/1/2017 | F-10 | 100.00% | 10,000 | 0 | 0 | 0 | 0 | 10,000 | 0 | HY | 200DB | 7 | 833 | 833 |
| Item-1 | ON001-ONAN-500 | 6/1/2017 | F-10 | 100.00% | 10,000 | 0 | 0 | 0 | 0 | 10,000 | 0 | HY | 200DB | 7 | 833 | 833 |
| | PW002 -PRESSURE WASHE | 6/1/2017 | F-10 | 100.00% | 600 | 0 | 0 | 0 | 0 | 600 | 0 | HY | 200DB | 7 | 50 | 50 |
| | TRCH001 TORCH SET | 6/1/2017 | F-10 | 100.00% | 1,000 | 0 | 0 | 0 | 0 | 1,000 | 0 | HY | 200DB | 7 | 83 | 83 |
| | WLD0001 ARC MIG TIG WELI | 6/1/2017 | F-10 | 100.00% | 1,500 | 0 | 0 | 0 | 0 | 1,500 | 0 | HY | 200DB | 7 | 125 | 125 |
| Item-1 | WLD0002 MIG WELDER | 6/1/2017 | F-10 | 100.00% | 1,500 | 0 | 0 | 0 | 0 | 1,500 | 0 | HY | 200DB | 7 | 125 | 125 |
| Item-2 | WLD0003 MIG WELDER | 6/1/2017 | F-10 | 100.00% | 1,500 | 0 | 0 | 0 | 0 | 1,500 | 0 | HY | 200DB | 7 | 125 | 125 |
| | BALANCE MACHINE | 6/14/2017 | F-10 | 100.00% | 55,000 | 0 | 0 | 0 | 0 | 55,000 | 0 | HY | 200DB | 7 | 4,583 | 4,583 |
| | FURNITURE AND EQUIPMEN | 8/11/2017 | F-10 | 100.00% | 1,984 | 0 | 0 | 0 | 0 | 1,984 | 0 | HY | 200DB | 7 | 165 | 165 |
| | SHOP TOOLING | 9/15/2017 | F-10 | 100.00% | 43,874 | 0 | 0 | 0 | 0 | 43,874 | 0 | HY | 200DB | 7 | 3,656 | 3,656 |
| | **Total 7-yr Genl purp tools, mach, equip** | | | | 285,568 | 0 | 0 | 0 | 0 | 285,568 | 0 | | | | 23,795 | 23,795 |

## Amortization - 197 - Intangibles (goodwill, etc.)

| Item No. | Description of Property ****indicates DISPOSED | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Prior Accum. Deprec., 179, Bonus | Convention Code | Method | Recovery Period | 2017 Deprec. | 2017 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLASS VI INTANGIBLES | 6/1/2017 | Z-9 | 100.00% | 150,957 | 0 | 0 | 0 | 0 | 150,957 | 0 | FM | SL | 15 | 5,871 | 5,871 |
| | GOODWILL | 6/1/2017 | Z-9 | 100.00% | 1,816,907 | 0 | 0 | 0 | 0 | 1,816,907 | 0 | FM | SL | 15 | 70,657 | 70,657 |

CLIENT COPY

## Assets by Classification - 1065

ALCOR ENERGY, LLC    XXXXXXXX

12/31/2017

| Item No. | Description of Property *** indicates DISPOSED | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Con- vention Code | Prior Accum. Deprec., 179, Bonus | 2017 Deprec. | 2017 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: Amort - 197 - Intangible costs | | | | | 1,967,864 | 0 | 0 | 0 | 0 | 1,967,864 | | | | 0 | 76,528 | 76,528 |
| | | | | | | | | | | | | | | | | |
| SubTotals | | | | | 9,748,932 | 0 | 0 | 0 | 0 | 9,748,932 | | | | 0 | 974,801 | 974,801 |
| Less: Disposed Assets | | | | | 0) | 0) | 0) | 0) | 0) | 0) | | | | 0 | 0) | 0) |
| Ending Totals | | | | | 9,748,932 | 0 | 0 | 0 | 0 | 9,748,932 | | | | 0 | 974,801 | 974,801 |

# Detail Report - 1065

ALCOR ENERGY, LLC  XXXXXXXX                    12/31/2017

| Item No. | Description of Property ***** indicates DISPOSED | Date Placed in Service | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Recovery Basis | Rec Period | Method | Convention Code | Prior Accum. Depre., 179, Bonus | 2017 Current Deprec. | 2017 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10001-1401-1000 UNIT | 6/1/2017 | 100.00% | 400,000 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | 10002-SATURN 10-900 | 6/1/2017 | 100.00% | 400,000 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | 10004-SATURN 10-900 | 6/1/2017 | 100.00% | 400,000 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | 10006-SATURN 10-900 | 6/1/2017 | 100.00% | 325,000 | 0 | 0 | 325,000 | 5 | 200DB | HY | 0 | 37,917 | 37,917 |
| | 10013-SATURN 10-900 | 6/1/2017 | 100.00% | 400,000 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | 10014-SATURN 10-900 | 6/1/2017 | 100.00% | 325,000 | 0 | 0 | 325,000 | 5 | 200DB | HY | 0 | 37,917 | 37,917 |
| | 10019-SATURN 10-900 | 6/1/2017 | 100.00% | 325,000 | 0 | 0 | 325,000 | 5 | 200DB | HY | 0 | 37,917 | 37,917 |
| | 10016-SATURN 10-900 | 6/1/2017 | 100.00% | 325,000 | 0 | 0 | 325,000 | 5 | 200DB | HY | 0 | 37,917 | 37,917 |
| | 10024-SATURN 10-500 | 6/1/2017 | 100.00% | 175,000 | 0 | 0 | 175,000 | 5 | 200DB | HY | 0 | 20,417 | 20,417 |
| | 10025-SATURN 10-900 | 6/1/2017 | 100.00% | 50,000 | 0 | 0 | 50,000 | 5 | 200DB | HY | 0 | 5,833 | 5,833 |
| | 10026-SATURN 10-900 X2 | 6/1/2017 | 100.00% | 500,000 | 0 | 0 | 500,000 | 5 | 200DB | HY | 0 | 58,333 | 58,333 |
| | 20001 - SATURN 20-1200 | 6/1/2017 | 100.00% | 425,000 | 0 | 0 | 425,000 | 5 | 200DB | HY | 0 | 49,583 | 49,583 |
| | 20004 - SATURN 20-1200 | 6/1/2017 | 100.00% | 425,000 | 0 | 0 | 425,000 | 5 | 200DB | HY | 0 | 49,583 | 49,583 |
| | 20003 SATURN 20-1200 | 6/1/2017 | 100.00% | 100,000 | 0 | 0 | 100,000 | 5 | 200DB | HY | 0 | 11,667 | 11,667 |
| | 30001-ALLISON 501-3000 | 6/1/2017 | 100.00% | 400,000 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | 30002 -ALLISON 501-3000 | 6/1/2017 | 100.00% | 400,000 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| | BALANCE MACHINE | 6/14/2017 | 100.00% | 55,000 | 0 | 0 | 55,000 | 7 | 200DB | FM | 0 | 4,583 | 4,583 |
| | CLASS VI INTANGIBLES | 6/1/2017 | 100.00% | 150,957 | 0 | 0 | 150,957 | 15 | SL | HY | 0 | 5,871 | 5,871 |
| | FL0001 CLARK 6000 FORKLII | 6/1/2017 | 100.00% | 2,500 | 0 | 0 | 2,500 | 7 | 200DB | HY | 0 | 208 | 208 |
| | FURNITURE FIXTURES AND | 6/1/2017 | 100.00% | 156,110 | 0 | 0 | 156,110 | 7 | 200DB | HY | 0 | 13,009 | 13,009 |
| | FURNITURE AND EQUIPMEN | 8/11/2017 | 100.00% | 1,984 | 0 | 0 | 1,984 | 7 | 200DB | HY | 0 | 165 | 165 |
| | ON002-ONAN-500 | 6/1/2017 | 100.00% | 10,000 | 0 | 0 | 10,000 | 5 | 200DB | HY | 0 | 833 | 833 |
| | PW002 -PRESSURE WASHEI | 6/1/2017 | 100.00% | 600 | 0 | 0 | 600 | 5 | 200DB | HY | 0 | 50 | 50 |
| | R001-WAUKESAW-500 | 6/1/2017 | 100.00% | 60,000 | 0 | 0 | 60,000 | 5 | 200DB | HY | 0 | 7,000 | 7,000 |
| | SHOP TOOLING | 9/15/2017 | 100.00% | 43,874 | 0 | 0 | 43,874 | 7 | 200DB | HY | 0 | 3,656 | 3,656 |
| | TR0001 LOWBOY GOOSDEN | 6/1/2017 | 100.00% | 5,000 | 0 | 0 | 5,000 | 5 | 200DB | HY | 0 | 583 | 583 |
| | TR0002 TANDEM FLAT DECH | 6/1/2017 | 100.00% | 5,000 | 0 | 0 | 5,000 | 5 | 200DB | HY | 0 | 583 | 583 |
| | TR0003 TANDEM ENCLOSEI | 6/1/2017 | 100.00% | 8,000 | 0 | 0 | 8,000 | 5 | 200DB | HY | 0 | 933 | 933 |
| | TRCH001 TORCH SET | 6/1/2017 | 100.00% | 1,000 | 0 | 0 | 1,000 | 7 | 200DB | HY | 0 | 83 | 83 |
| | WLD0001 ARC MIG TIG WELI | 6/1/2017 | 100.00% | 1,500 | 0 | 0 | 1,500 | 7 | 200DB | HY | 0 | 125 | 125 |
| | PW001 PRESSURE WASHER | 6/1/2017 | 100.00% | 2,500 | 0 | 0 | 2,500 | 5 | 200DB | HY | 0 | 292 | 292 |
| | GOODWILL | 6/1/2017 | 100.00% | 1,816,907 | 0 | 0 | 1,816,907 | 15 | SL | FM | 0 | 70,657 | 70,657 |
| Item-1 | 10015-SATURN 10-900 | 6/1/2017 | 100.00% | 325,000 | 0 | 0 | 325,000 | 5 | 200DB | HY | 0 | 37,917 | 37,917 |
| Item-1 | 10018-SATURN 10-900 | 6/1/2017 | 100.00% | 400,000 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| Item-1 | 20002 - SATURN 20-1200 | 6/1/2017 | 100.00% | 425,000 | 0 | 0 | 425,000 | 5 | 200DB | HY | 0 | 49,583 | 49,583 |
| Item-1 | 30003-ALLISON 501-3000 | 6/1/2017 | 100.00% | 400,000 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| Item-1 | ON001-ONAN-500 | 6/1/2017 | 100.00% | 10,000 | 0 | 0 | 10,000 | 5 | 200DB | HY | 0 | 833 | 833 |
| Item-1 | R002-WAUKESAW-500 | 6/1/2017 | 100.00% | 60,000 | 0 | 0 | 60,000 | 5 | 200DB | HY | 0 | 7,000 | 7,000 |
| Item-1 | WLD0002 MIG WLELDER | 6/1/2017 | 100.00% | 1,500 | 0 | 0 | 1,500 | 7 | 200DB | HY | 0 | 125 | 125 |
| Item-1-1 | R003-WAUKESAW-500 | 6/1/2017 | 100.00% | 30,000 | 0 | 0 | 30,000 | 5 | 200DB | HY | 0 | 3,500 | 3,500 |
| Item-2 | 10017-SATURN 10-900 | 6/1/2017 | 100.00% | 400,000 | 0 | 0 | 400,000 | 5 | 200DB | HY | 0 | 46,667 | 46,667 |
| Item-2 | WLD0003 MIG WELDER | 6/1/2017 | 100.00% | 1,500 | 0 | 0 | 1,500 | 7 | 200DB | HY | 0 | 125 | 125 |
| | SubTotals | | | 9,748,932 | 0 | 0 | 9,748,932 | | | | 0 | 974,801 | 974,801 |
| | Less: Disposed Assets | | | 0 | 0 | 0 | | | | | 0 | 0 | 0 |
| | Ending Totals | | | 9,748,932 | 0 | 0 | 9,748,932 | | | | 0 | 974,801 | 974,801 |

## 2017 State Apportionment



### Sales Factor

| | | Everywhere * | Total of States | State Arizona AZ |
|---|---|---|---|---|
| 1 | Destination Sales Within State | 1,125,977 | 1,125,977 | 1,125,977 |
| 2 | Less: Returns and Allowances | | | |
| 3 | Destination Sales from Outside State | | | |
| 4 | Less: Returns and Allowances | 0 | 0 | ** |
| 5 | Origin Sales Shipped to U.S. Government | 0 | 0 | ** |
| 6 | Less: Returns and Allowances | 0 | 0 | ** |
| 7 | Origin Sales Shipped to Non-Taxable Jurisdictions | 0 | 0 | ** |
| 8 | Less: Returns and Allowances | 0 | 0 | ** |
| 9 | Services Performed | | | |
| 10 | Dividends | 0 | 0 | |
| 11 | Interest | 0 | 0 | |
| 12 | Rents | 0 | 0 | |
| 13 | Royalties | 0 | 0 | |
| 14 | Gross Proceeds - Sale of Real/Tangible Property | 0 | 0 | |
| 15 | Less: Adjusted Basis of Property | 0 | 0 | |
| 16 | Gross Proceeds - Sale of Intangible Property | 0 | 0 | |
| 17 | Less: Adjusted Basis of Property | 0 | 0 | |
| 18 | Other Gross Receipts | 0 | 0 | |
| 19 | | | 0 | |
| 20 | | | 0 | |
| 21 | | | 0 | |
| 22 | | | 0 | |
| 23 | Total State Apportioned Sales | 1,125,977 | 1,125,977 | 1,125,977 |

### Payroll Factor

| | | Everywhere * | Total of States | State Arizona AZ |
|---|---|---|---|---|
| 1 | Compensation of Officers | | 0 | |
| 2 | Salaries and Wages | 596,544 | 596,544 | 596,544 ** |
| 3 | COGS Salaries and Wages | 0 | 0 | |
| 4 | | | 0 | |
| 5 | | | 0 | |
| 6 | | | 0 | |
| 7 | | | | |
| 8 | Total State Apportioned Payroll | 596,544 | 596,544 | 596,544 |

ALCOR ENERGY, LLC

## 2017 State Apportionment

### Property Factor

CLIENT COPY

| | | Everywhere * | Total of States | State Arizona |
|---|---|---|---|---|
| 1 | Inventories . . . . . . . Beginning | | 0 | 0 |
| | Ending | 439,046 | 439,046 | 439,046 |
| 2a | Buildings . . . . . . . Beginning | | 0 | 0 |
| | Ending | | 0 | 0 |
| | Less: Accumulated Depreciation . Beginning | | 0 | ** |
| | Ending | | 0 | ** |
| 2b | Machinery and Equipment . . . Beginning | | 0 | 0 |
| | Ending | | 0 | 0 |
| | Less: Accumulated Depreciation . Beginning | | 0 | ** |
| | Ending | | 0 | ** |
| 2c | Furniture and Fixtures . . . Beginning | | 0 | 0 |
| | Ending | | 0 | 0 |
| | Less: Accumulated Depreciation . Beginning | | 0 | ** |
| | Ending | | 0 | ** |
| 2d | Transportation Equipment . . . Beginning | | 0 | 0 |
| | Ending | | 0 | ** |
| | Less: Accumulated Depreciation . Beginning | | 0 | ** |
| | Ending | | 0 | 0 |
| 2e | Leasehold Improvements . . . Beginning | | 0 | 0 |
| | Ending | | 0 | ** |
| | Less: Accumulated Depreciation . Beginning | | 0 | ** |
| | Ending | | 0 | 0 |
| 2 | Total Buildings and Depreciable Assets . Beginning | 0 | 0 | 0 |
| | Ending | 0 | 0 | 0 |
| | Less: Total Accumulated Depreciation . Beginning | 0 | 0 | 0 |
| | Ending | 0 | 0 | 0 |

ALCOR ENERGY, LLC

# 2017 State Apportionment

| | | Everywhere * | Total of States | State Arizona |
|---|---|---|---|---|
| 3 | Depletable Assets . . . . . . . Beginning | | 0 | |
| | Ending | | 0 | |
| | Less: Accumulated Depletion . . . Beginning | | 0 | ** |
| | Ending | | 0 | ** |
| 4 | Land . . . . . . . . . . Beginning | | 0 | |
| | Ending | | 0 | |
| 5 | Other Assets: | | | |
| 5a | Beginning | | 0 | |
| | Ending | | 0 | |
| 5b | Beginning | | 0 | |
| | Ending | | 0 | |
| 5c | Beginning | | 0 | |
| | Ending | | 0 | |
| 5d | Beginning | | 0 | |
| | Ending | | 0 | |
| 6 | Less: Construction in Progress . . Beginning | | 0 | |
| | (If Included in Above Totals) Ending | | 0 | |
| 7 | Less: Nonbusiness Property . . . Beginning | | 0 | |
| | (If Included in Above Totals) Ending | | 0 | |
| 8 | Total State Apportioned Property . . Beginning | 0 | 0 | 0 |
| | Ending | 439,046 | 439,046 | 439,046 |
| 9 | Total Rents Paid . . . . . . | 248,977 | 248,977 | 248,977 |
| | Type of Property Rented (If Applicable) | | | |
| 9a | Real Estate Rented . . . . . | | 0 | ** |
| 9b | Tangible Property Rented . . . . | | 0 | ** |

NOTE: State forms capitalize rents by the appropriate factor.

** Amount not used to calculate state's apportionment factor.

CLIENT COPY

ALCOR ENERGY, LLC

ALCOR ENERGY, LLC

## 2017 State Apportionment Summary

| | Sales | | | Payroll | | | Property | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Arizona** | AZ | Everywhere | Factor | AZ | Everywhere | Factor | AZ | Everywhere | Factor | App Factor |
| Form: AZ 165 | 1,125,977 | 1,125,977 | 100.0000% | 0 | 0 | 0.0000% | 0 | 0 | 0.0000% | 100.0000% |
| **Delaware** | DE | Everywhere | Factor | DE | Everywhere | Factor | DE | Everywhere | Factor | App Factor |
| Form: DE 300, Sch K-1 | 0 | 1,125,977 | 0.0000% | 0 | 596,544 | 0.0000% | 0 | 2,211,339 | 0.0000% | 0.0000% |

**Total:** 100.0000%

CLIENT COPY

| Arizona Form **165** | **Arizona Partnership Income Tax Return** | **2017** |
|---|---|---|

Form 165 is due on or before the 15th day of the 3rd month following the close of the taxable year.

For the [X] calendar year 2017 or ☐ fiscal year beginning 06/01 2017 and ending 12/31 20 17

| Business Telephone Number (with area code) ( ) | Name ALCOR ENERGY, LLC | **CHECK ONE:** [X] Original ☐ Amended |
|---|---|---|
| | Address – number and street or PO Box 7754 E VELOCITY WAY | Employer Identification Number (EIN) XX-XXXXXXX |
| Business Activity Code (from federal Form 1065) 333610 | City, Town or Post Office MESA | State AZ  ZIP Code 85212 |

Check box if return filed under extension: [82] [82E] ☐

**68** Check box if: [X] This is a first return   ☐ Name change   ☐ Address change

REVENUE USE ONLY. DO NOT MARK IN THIS AREA.
**88**

**A** DBA: _____

**B** Will a composite return be filed on Form 140NR? .............................. ☐ Yes [X] No

**C** Total number of nonresident individual partners .......................... 0

**D** Total number of resident and part-year resident individual partners ....... 0

**E** Total number of entity partners. See instructions, page 3 ................. 2

**F** Date business commenced ................................................. 06/01/2017

[81] PM     [66] RCVD

**G** Arizona apportionment for **multistate partnerships only** (check one box):
G1 ☐ AIR CARRIER   G2 ☐ STANDARD   G3 [X] SALES FACTOR ONLY

**H** ☐ Check if Multistate Service Provider Election and Computation (Arizona Schedule MSP) is included.
Indicate the year of the election cycle: ☐ Yr 1   ☐ Yr 2   ☐ Yr 3   ☐ Yr 4   ☐ Yr 5

| | | YES | NO |
|---|---|---|---|
| **I** | Is this the partnership's final return under this EIN? .............................................. | ☐ | [X] |
| **J** | Did you file 2015 and 2016 Arizona partnership returns? ........................................ | ☐ | [X] |
| | If "No", state reason:  BUSINESS BEGAN IN 2017 | | |
| **K** | Have you filed amended federal partnership returns for prior years? ......................... | ☐ | [X] |
| | If "Yes", list years: | | |
| **L** | Has the Internal Revenue Service (IRS) made any adjustments in any federal income tax return filed by the partnership not previously reported to the department? ................................... | ☐ | [X] |

If "Yes", indicate year(s): _____ ,
Submit a copy of the IRS report(s).
If the IRS adjustments were for tax years 2016 and 2017 and resulted in a federal imputed underpayment assessment, you must file Arizona Form 165PA to report those changes.

**M** The partnership books are in care of:  ALCOR ENERGY
Located at:

| 7754 E VELOCITY WAY | MESA | AZ | 85212 |
|---|---|---|---|
| Number and street or PO Box | City | State | ZIP Code |

### Adjustment of Partnership Income From Federal to Arizona Basis

| | | | | |
|---|---|---|---:|---|
| 1 | Federal ordinary business and rental income (loss) from Form 1065, Schedule K. See instructions | **1** | -2,279,125 | 00 |
| | **SCHEDULE A: Additions to Partnership Income** | | | |
| **A1** | Total federal depreciation ......................... **A1** | 898,273 | 00 | |
| **A2** | Non-Arizona municipal bond interest ................ **A2** | | 00 | |
| **A3** | Additions related to Arizona tax credits ........... **A3** | 0 | 00 | |
| **A4** | Other additions to partnership income .............. **A4** | 0 | 00 | |
| 2 | Total additions to partnership income: Add lines A1 through A4. Enter the total. ..................... | **2** | 898,273 | 00 |
| 3 | Subtotal: Add lines 1 and 2. Enter the total. ....................................................... | **3** | -1,380,852 | 00 |
| | **SCHEDULE B: Subtractions From Partnership Income** | | | |
| **B1** | Recalculated Arizona depreciation: See instructions ... **B1** | 898,273 | 00 | |
| **B2** | Basis adjustment for property sold or otherwise disposed of during the taxable year See instructions. ... **B2** | | 00 | |
| **B3** | Interest from U.S. government obligations ........... **B3** | 0 | 00 | |
| **B4** | Agricultural crops charitable contribution: See instructions ... **B4** | | 00 | |
| **B5** | Other subtractions from partnership income .......... **B5** | 0 | 00 | |
| 4 | Total subtractions from partnership income: Add lines B1 through B5. Enter the total ................. | **4** | 898,273 | 00 |
| 5 | Partnership income adjusted to Arizona basis: Subtract line 4 from line 3. Enter the difference ..... | **5** | -2,279,125 | 00 |
| 6 | Net adjustment of partnership income from federal to Arizona basis: Subtract line 1 from line 5. Enter the difference ......... | **6** | 0 | 00 |

### Penalty

| | | | | |
|---|---|---|---|---|
| 7 | Penalty for late filing or incomplete filing: See instructions | **7** | | 00 |

ADOR 10343 (17)

| Name (as shown on page 1) | EIN |
|---|---|
| ALCOR ENERGY, LLC | XX-XXXXXXX |

## SCHEDULE C  Apportionment Formula (Multistate Partnerships Only)

**IMPORTANT:** Qualifying air carriers must use Arizona Schedule ACA. Qualifying multistate service providers must include Arizona Schedule MSP. If the **"SALES FACTOR ONLY"** box on page 1, line G, is checked, *complete only Section C3, Sales Factor, lines a through f. See instructions.*

| | | COLUMN A<br>Total Within Arizona<br>Round to nearest dollar. | COLUMN B<br>Total Everywhere<br>Round to nearest dollar. | COLUMN C<br>Ratio Within Arizona<br>A ÷ B |
|---|---|---|---|---|
| **C1** | **Property Factor - STANDARD APPORTIONMENT ONLY** Value of real and tangible personal property (by averaging the value of owned property at the beginning and end of the tax period; rented property at capitalized value). | | | |
| | **a** Owned Property (at original cost): | | | |
| | **1** Inventories ................................................................ | 0 | 0 | |
| | **2** Depreciable assets (do not include construction in progress): . | 0 | 0 | |
| | **3** Land ....................................................................... | 0 | 0 | |
| | **4** Other assets (describe): | 0 | 0 | |
| | **5** Less: Nonbusiness property (if included in above totals) ........ | 0 | 0 | |
| | **6** Total of section a (the sum of lines 1 through 4 less line 5): ............. | 0 | 0 | |
| | **b** Rented property (at 8 times net rent paid). ........................ | 0 | 0 | |
| | **c** Total owned and rented property (Total of section a plus section b). ..... | 0 | 0 | |
| **C2** | **Payroll Factor - STANDARD APPORTIONMENT ONLY** Total wages, salaries, commissions and other compensation to employees (per federal Form 1065, or payroll reports). ........................ | 0 | 0 | |
| **C3** | **Sales Factor** | | | |
| | **a** Sales delivered or shipped to Arizona purchasers ........................ | 1,125,977 | | |
| | **b** Sales of services **for qualifying multistate service providers only** (include Schedule MSP) ................................. | 0 | | |
| | **c** Other gross receipts ................................. | 0 | | |
| | **d** Total sales and other gross receipts ................................. | 1,125,977 | 1,125,977 | |
| | **e** Weight AZ sales: (STANDARD x 2; SALES FACTOR ONLY x 1) ................. | x 2  OR   x 1 | | |
| | **f** Sales Factor (for Column A, multiply line d by line e; for Column B, enter the amount from line d; for Column C, divide Column A by Column B.) | | | |
| | **STANDARD Apportionment,** continue to C4. | | | |
| | **SALES FACTOR ONLY Apportionment,** enter the amount from Column C on Arizona Form 165, Schedule K-1(NR), Part 1, column (b). ...................................................................... | 1,125,977 | 1,125,977 | 1.000000 |
| **C4** | **STANDARD Apportionment Total Ratio:** Add Column C of lines C1c, C2, and C3f. Enter the total. ............................. | | | |
| **C5** | **Average Apportionment Ratio for STANDARD Apportionment:** Divide line C4, Column C, by four (4). Enter the result on Arizona Form 165, Schedule K-1(NR), Part 1, column (b). (If one of the factors is "0" in both Column A and Column B, see instructions.) .................................................... | | | |

## SCHEDULE D  Business Information

Describe briefly the nature and location(s) of the partnership's **Arizona business activities:**

MANUFACTURER AND LEASER OF TURBINES FOR THE OIL AND GAS INDUSTRY

Describe briefly the nature and location(s) of the partnership's **business activities outside of Arizona:**

| Name (as shown on page 1) | EIN |
|---|---|
| ALCOR ENERGY, LLC | XX-XXXXXXX |

## SCHEDULE E    Partner Information

Prepare a schedule that lists each partner's name, address, taxpayer identification number, and pro rata share of the amount shown on line 5. Label the listing as "Schedule E: Partner Information" and include the schedule immediately after page 3 of Form 165.



| Due Date | Form 165 is due on or before the 15th day of the 3rd month following the close of the taxable year. |
|---|---|
| Declaration | I, the undersigned partner of the partnership for which this return is made, declare under penalty of perjury, that this return, including the accompanying schedules and statements, has been examined by me and is to the best of my knowledge and belief, a correct and complete return, made in good faith, for the taxable year stated pursuant to the income tax laws of the State of Arizona. |

**Please Sign Here**

| PARTNER'S SIGNATURE | DATE | TITLE |
|---|---|---|

**Paid Preparer's Use Only**

| DEIRDRE M MORHET | 3/6/2018 | P00918370 |
|---|---|---|
| PAID PREPARER'S SIGNATURE | DATE | PAID PREPARER'S PTIN |
| BASC EXPERTISE OF AZ LLC | | XX-XXXXXXX |
| FIRM'S NAME (OR PAID PREPARER'S NAME, IF SELF-EMPLOYED) | | FIRM'S [X] EIN OR [ ] SSN |
| 3303 E Baseline Rd ste 107 | | 480-355-1398 |
| FIRM'S STREET ADDRESS | | FIRM'S TELEPHONE NUMBER |
| Gilbert | AZ | 85234 |
| CITY | STATE | ZIP CODE |

**Mail to: Arizona Department of Revenue, PO Box 52153, Phoenix, AZ 85072-2153**

CLIENT COPY

| AZ Form 165 (2017) | | Schedule E   ALCOR ENERGY, LLC | | | XX-XXXXXXX | Page 4 of 4 |
|---|---|---|---|---|---|---|
| Information on Partners | Partners | Name and address | Social security number and/or federal ID number | Percent of ownership | Pro rata share of income (loss) | Check here if partner is nonresident |
| | 1 | ALCOR ENEREGY SOLUTION 7754 E VELOCITY WAY CHANDLER, AZ 85207 | XX-XXXXXXX | 50.000000% | -1,139,562 | X |
| | 2 | OCHO VENTURA, LLC 31 WINDMILL WAY CALGARY Canada | XX-XXXXXXX | 50.000000% | -1,139,563 | X |
| | 3 | | | | | |
| | 4 | | | | | |
| | 5 | | | | | |
| | 6 | | | | | |
| | 7 | | | | | |
| | 8 | | | | | |
| | 9 | | | | | |
| | 10 | | | | | |
| | 11 | | | | | |
| | 12 | | | | | |
| | 13 | | | | | |
| | 14 | | | | | |
| | 15 | | | | | |
| | 16 | | | | | |
| | 17 | | | | | |
| | 18 | | | | | |
| | | TOTALS | | 100.000000% | -2,279,125 | |

ADOR 10343 (17)

**Arizona Form**
**165 Schedule K-1(NR)**

**Arizona Nonresident and Out-of-State Partner's**
**Share of Income and Deductions**

**2017**

All corporate partners must use this schedule.

For the ☐ calendar year 2017 or ☒ fiscal year beginning ___06/01___ ___2017___ and ending ___12/31___ ___20 17___ .

**CHECK ONE:** ☒ Original   ☐ Amended

| Partner's Identifying Number | Partnership's Employer Identification Number (EIN) |
|---|---|
| XX-XXXXXXX | XX-XXXXXXX |
| Partner's Name                                    #1 | Partnership's Name |
| ALCOR ENEREGY SOLUTIONS LLC | ALCOR ENERGY, LLC |
| Partner's Address – number and street or rural route | Partnership's Address – number and street or rural route |
| 7754 E VELOCITY WAY | 7754 E VELOCITY WAY |

| Partner's City, Town or Post Office | State | ZIP Code | Partnership's City, Town or Post Office | State | ZIP Code |
|---|---|---|---|---|---|
| CHANDLER | AZ | 85207 | MESA | AZ | 85212 |

| Partner's Percentage of: | Beginning of Year | End of Year |
|---|---|---|
| Profit sharing............................................... | 50.000000% | 50.000000% |
| Loss sharing................................................ | 50.000000% | 50.000000% |
| Ownership of capital..................................... | 50.000000% | 50.000000% |
| Type of partner (individual, trust, etc.) ......................... | LLC - Partnership | |

| **Part 1:  Distributive Share Items From federal Form 1065, Schedule K-1** | (a) Distributive Share Amount | (b) Arizona Apportionment Ratio | (c) Arizona Source Income | Form 140NR Filers: Enter the amount in column (c) on: |
|---|---|---|---|---|
| 1 Ordinary income (loss) from trade or business activities ..................... | -1,139,562 | 1.000000 | -1,139,562 | |
| 2 Net income (loss) from rental real estate activities ...... | 0 | | 0 | |
| 3 Net income (loss) from other rental activities ... | 0 | | 0 | |
| 4 Total: Add lines 1, 2, and 3 ................... | -1,139,562 | | -1,139,562 | Line 21 |
| 5 Interest ........................... | 0 | | 0 | Line 16 |
| 6 Dividends ........................ | 0 | | 0 | Line 17 |
| 7 Royalties ......................... | 0 | | 0 | Line 21 |
| 8 Net short-term capital gain (loss) .................. | 0 | | 0 | Line 20 |
| 9 Net long-term capital gain (loss) ................. | 0 | | 0 | Line 20 |
| 10 Guaranteed payments to partner ................... | 0 | | 0 | |
| 11 Net IRC Section 1231 gain (loss) ................. | 0 | | 0 | Line 20 |
| 12 Deferred amount of discharge of indebtedness income included in federal income in the current year under IRC Section 108(i) ................... | 0 | | 0 | Line 22 |
| 13 Other income (loss): include schedule ............ | 0 | | 0 | Line 22 |
| 14 Reserved ............................ | | | | |
| 15 Deferred amount of original issue discount deduction included in federal income in the current year under IRC Section 108(i) ................... | 0 | | 0 | Line 21 |
| 16 Other deductions: include schedule ............... | 550 | 1.000000 | 550 | |

| **Part 2: Partner's Distributive Share of the Adjustment of Partnership Income From federal to Arizona Basis** | (a) Distributive Share Amount | (b) Arizona Apportionment Ratio | (c) Arizona Source Income | Form 140NR Filers: Enter the amount in column (c) on: |
|---|---|---|---|---|
| 17 Adjustment of partnership income from federal to Arizona basis from Form 165, page 1, line 6 ......... | 0 | | 0 | Line 29 or 39 |

NOTE: Corporate partners see Form 120 or Form 120A instructions for information on reporting the amount from line 17.

ADOR 10345 (17)

| Name of Partnership (as shown on page 1) | EIN |
|---|---|
| ALCOR ENERGY, LLC | XX-XXXXXXX |

## Part 3    Net Capital Gain From Investment in a Qualified Small Business – Information Schedule

If the partner's federal Schedule K-1 (Form 1065) does not include any net capital gain or loss from investment in a qualified small business as determined by the Arizona Commerce Authority, the partnership is not required to complete Part 3.

| Pro Rata Share Items | (a) Distributive Share Amount | (b) Arizona Apportionment Ratio | (c) Arizona Source Income |
|---|---|---|---|
| 18  Net capital gain (loss) from investment in a qualified small business ................................. 18 | 0 | | 0 |

## Part 4    Net Long-Term Capital Gain Subtraction – Information Schedule

If the partner's federal Schedule K-1 (Form 1065) includes capital gain (loss), complete line 19 and line 20. If the partner's federal Schedule K-1 (Form 1065) does not include any capital gain (loss), the partnership is not required to complete Part 4.



| Item From federal Form 1065, Schedule K-1 | (a) Distributive Share Amount From page 1, line 9, column (a). | (b) Arizona Source Income From page 1, line 9, column (c). | (c) Net long-term capital gain (loss) included in column (b) from assets acquired before January 1, 2012 | (d) Net long-term capital gain (loss) included in column (b) from assets acquired after December 31, 2011 |
|---|---|---|---|---|
| 19  Total net long-term capital gain (loss) ............. 19 | 0 | 0 | 0 | 0 |

ADDITIONAL INFORMATION:

| | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| 20  Net long-term capital gain (loss) from investment in a qualified small business (amount already included in line 19, column d) .................................................... 20 | | | | 0 |

**Arizona Form**
**165 Schedule K-1(NR)**

**Arizona Nonresident and Out-of-State Partner's**
**Share of Income and Deductions**

**2017**

**All corporate partners must use this schedule.**

For the ☐ calendar year 2017 or ☒ fiscal year beginning __06/01__ __2017__ and ending __12/31__ __20__ __17__ .

**CHECK ONE:** ☒ Original    ☐ Amended

| Partner's Identifying Number | Partnership's Employer Identification Number (EIN) |
|---|---|
| XX-XXXXXXX | XX-XXXXXXX |

| Partner's Name | #2 | Partnership's Name |
|---|---|---|
| OCHO VENTURA, LLC | | ALCOR ENERGY, LLC |

| Partner's Address – number and street or rural route | Partnership's Address – number and street or rural route |
|---|---|
| 31 WINDMILL WAY | 7754 E VELOCITY WAY |

| Partner's City, Town or Post Office | State | ZIP Code | Partnership's City, Town or Post Office | State | ZIP Code |
|---|---|---|---|---|---|
| CALGARY | | | MESA | AZ | 85212 |

| Partner's Percentage of: | Beginning of Year | End of Year |
|---|---|---|
| Profit sharing.................................................... | 50.000000% | 50.000000% |
| Loss sharing..................................................... | 50.000000% | 50.000000% |
| Ownership of capital.......................................... | 50.000000% | 50.000000% |
| Type of partner (individual, trust, etc.) ...................... | Disregarded Entity | |

| | | (a) Distributive Share Amount | (b) Arizona Apportionment Ratio | (c) Arizona Source Income | Form 140NR Filers: Enter the amount in column (c) on: |
|---|---|---|---|---|---|
| **Part 1: Distributive Share Items From federal Form 1065, Schedule K-1** | | | | | |
| 1 | Ordinary income (loss) from trade or business activities ...................................... | -1,139,563 | 1.000000 | -1,139,563 | |
| 2 | Net income (loss) from rental real estate activities ........ | 0 | | 0 | |
| 3 | Net income (loss) from other rental activities ................ | 0 | | 0 | |
| 4 | Total: Add lines 1, 2, and 3 ........................................ | -1,139,563 | | -1,139,563 | Line 21 |
| 5 | Interest ........................................................................ | 0 | | 0 | Line 16 |
| 6 | Dividends ..................................................................... | 0 | | 0 | Line 17 |
| 7 | Royalties ...................................................................... | 0 | | 0 | Line 21 |
| 8 | Net short-term capital gain (loss) ................................ | 0 | | 0 | Line 20 |
| 9 | Net long-term capital gain (loss) ................................. | 0 | | 0 | Line 20 |
| 10 | Guaranteed payments to partner .................................. | 0 | | 0 | |
| 11 | Net IRC Section 1231 gain (loss) ................................. | 0 | | 0 | Line 20 |
| 12 | Deferred amount of discharge of indebtedness income included in federal income in the current year under IRC Section 108(i) ................................................ | 0 | | 0 | Line 22 |
| 13 | Other income (loss): include schedule ......................... | 0 | | 0 | Line 22 |
| 14 | Reserved ..................................................................... | | | | |
| 15 | Deferred amount of original issue discount deduction included in federal income in the current year under IRC Section 108(i) ..................................................... | 0 | | 0 | Line 21 |
| 16 | Other deductions: include schedule ............................. | 551 | 1.000000 | 551 | |

| | | (a) Distributive Share Amount | (b) Arizona Apportionment Ratio | (c) Arizona Source Income | Form 140NR Filers: Enter the amount in column (c) on: |
|---|---|---|---|---|---|
| **Part 2: Partner's Distributive Share of the Adjustment of Partnership Income From federal to Arizona Basis** | | | | | |
| 17 | Adjustment of partnership income from federal to Arizona basis from Form 165, page 1, line 6 ...................... | 0 | | 0 | Line 29 or 39 |

NOTE: Corporate partners see Form 120 or Form 120A instructions for information on reporting the amount from line 17.

ADOR 10345 (17)

| Name of Partnership (as shown on page 1) | EIN |
|---|---|
| ALCOR ENERGY, LLC | XX-XXXXXXX |

## Part 3  Net Capital Gain From Investment in a Qualified Small Business – Information Schedule

If the partner's federal Schedule K-1 (Form 1065) does not include any net capital gain or loss from investment in a qualified small business as determined by the Arizona Commerce Authority, the partnership is not required to complete Part 3.

| Pro Rata Share Items | (a) Distributive Share Amount | (b) Arizona Apportionment Ratio | (c) Arizona Source Income |
|---|---|---|---|
| 18 Net capital gain (loss) from investment in a qualified small business .................................... 18 | 0 | | 0 |

## Part 4  Net Long-Term Capital Gain Subtraction – Information Schedule

If the partner's federal Schedule K-1 (Form 1065) includes capital gain (loss), complete line 19 and line 20. If the partner's federal Schedule K-1 (Form 1065) does not include any capital gain (loss), the partnership is not required to complete Part 4.

| Item From federal Form 1065, Schedule K-1 | (a) Distributive Share Amount<br><br>From page 1, line 9, column (a). | (b) Arizona Source Income<br><br>From page 1, line 9, column (c). | (c) Net long-term capital gain (loss) included in column (b) from assets acquired before January 1, 2012 | (d) Net long-term capital gain (loss) included in column (b) from assets acquired after December 31, 2011 |
|---|---|---|---|---|
| 19 Total net long-term capital gain (loss) ............ 19 | 0 | 0 | 0 | 0 |

ADDITIONAL INFORMATION:

| | | | | |
|---|---|---|---|---|
| 20 Net long-term capital gain (loss) from investment in a qualified small business (amount already included in line 19, column d) .................................................. 20 | | | | 0 |



**2017**
**DELAWARE**

**FORM 300**
**PARTNERSHIP RETURN**

**Page 1**
DO NOT WRITE OR STAPLE IN THIS AREA

DF30017011833

REV CODE 0006

FISCAL YEAR  0 6 0 1 1 7    1 2 3 1 1 7

BUSINESS NAME
ALCOR ENERGY, LLC

ADDRESS
7754 E VELOCITY WAY

EMPLOYER IDENTIFICATION NUMBER
X X X X X X X X X

CITY                STATE    ZIP CODE
MESA                AZ       85212

NATURE OF BUSINESS (SEE INSTRUCTIONS)
3 3 3 6 1 0

A.  CHECK APPLICABLE BOX        AMENDED RETURN          PARTNERSHIP DISSOLVED OR INACTIVE        CHANGE OF ADDRESS
    IF THE PARTNERSHIP ADDRESS HAS CHANGED, WHICH ADDRESS IS AFFECTED?        LOCATION        MAILING        BILLING

B.  DID THE PARTNERSHIP HAVE INCOME DERIVED FROM OR CONNECTED WITH SOURCES IN DELAWARE        YES        X  NO
    DID THE PARTNERSHIP HAVE DELAWARE RESIDENT PARTNERS?        YES        X  NO        HOW MANY?

C.  TOTAL NUMBERS OF PARTNERS:        2

D.  YEAR PARTNERSHIP FORMED:        2017

**ATTACH COMPLETED COPY OF U.S. PARTNERSHIP RETURN OF INCOME FORM 1065 AND ALL SCHEDULES**

**SCHEDULE 1 - PARTNERSHIP SHARE OF INCOME AND DEDUCTIONS WITHIN AND WITHOUT DELAWARE**

| | | | Column A Total | Column B Within Delaware | |
|---|---|---|---|---|---|
| 1. | Ordinary Income (loss) from Federal Form 1065, Schedule K, Line 1 | 1 | −2279125 | | 1 |
| 2. | Apportionment percentage from Delaware Form 300, Schedule 2, Line 16 | 2 | 0.0000 | | 2 |
| 3. | Ordinary Income apportioned to Delaware. Multiply Line 1 times Line 2 | 3 | | 0 | 3 |
| 4. | Enter In Column A the amount from Line 1 Enter In Column B the amount from Line 3 | 4 | −2279125 | 0 | 4 |
| 5. | Net Income (loss) from rental real estate activities, Federal Form 1065, Schedule K, Line 2 | 5 | 0 | 0 | 5 |
| 6. | Net Income (loss) from other rental activities, Federal Form 1065, Schedule K, Line 3c | 6 | 0 | 0 | 6 |
| 7. | Guaranteed payments from Federal Form 1065, Schedule K, Line 4 | 7 | 0 | 0 | 7 |
| 8. | Interest Income from Federal Form 1065, Schedule K, Line 5 | 8 | 0 | 0 | 8 |
| 9. | Dividend Income from Federal Form 1065, Schedule K, Line 6(a) | 9 | 0 | 0 | 9 |
| 10. | Royalty Income from Federal Form 1065, Schedule K, Line 7 | 10 | 0 | 0 | 10 |
| 11. | Net short term capital gain (loss) from Federal Form 1065, Schedule K, Line 8 | 11 | 0 | 0 | 11 |
| 12a. | Net long term capital gain (loss) from Federal Form 1065, Schedule K, Line 9(a) | 12a | 0 | 0 | 12a |
| | b. Collectible gain (loss) - Fed Form 1065, Sch. K, Line 9b    0 | 12b | | | |
| | c. Unrecaptured Section 1250 gain - Fed Form 1065, Sch. K, Line 9c    0 | 12c | | | |
| 13. | Net gain (loss) under Section 1231 from Federal Form 1065, Schedule K, Line 10 | 13 | 0 | 0 | 13 |
| 14. | Other Income (loss) (Attach Schedule) from Federal Form 1065, Schedule K, Line 11 | 14 | 0 | 0 | 14 |
| 15. | Total Income (Combine Lines 4 through 12a, Line 13, and Line 14) | 15 | −2279125 | 0 | 15 |
| **DEDUCTIONS:** | | | | | |
| 16. | Charitable Contributions from Federal Form 1065, Schedule K, Line 13(a) | 16 | 1101 | 0 | 16 |
| 17. | Section 179 expense deduction from Federal Form 1065, Schedule K, Line 12 | 17 | 0 | 0 | 17 |
| 18. | Expenses related to Investment income (loss) from Federal Form 1065, Schedule K, Line 13(b) and 13(c) | 18 | 0 | 0 | 18 |
| 19. | Other deductions from Federal Form 1065, Schedule K, Line 13(d) | 19 | 0 | 0 | 19 |

CLIENT COPY

**FORM 300**  **2017**  **Page 2**

**SCHEDULE 2 - APPORTIONMENT PERCENTAGE. COMPLETE ONLY IF PARTNERSHIP HAS INCOME DERIVED FROM OR CONNECTED WITH SOURCES IN DELAWARE AND AT LEAST ONE OTHER STATE, AND IF IT HAS ONE OR MORE PARTNERS WHO ARE NOT RESIDENTS IN DELAWARE.**

**SECTION A - GROSS REAL AND TANGIBLE PERSONAL PROPERTY**

| | COLUMN A Delaware Sourced | | COLUMN B Total Sourced (All Sources) | | |
|---|---|---|---|---|---|
| | Beginning of Year | End of Year | Beginning of Year | End of Year | |
| 1. Total real and tangible property owned................................................ | 0 | 0 | 0 | 439046 | 1 |
| 2. Real tangible property rented (eight times annual rent paid)................ | 0 | 0 | 1991816 | 1991816 | 2 |
| 3. Total (Combine Lines 1 and 2)......................................................... | 0 | 0 | 1991816 | 2430862 | 3 |
| 4. Less: value at original cost of real and tangible property (see instructions) .............. | | | | | 4 |
| 5. Net Values (Subtract Line 4 from Line 3)........................................ | 0 | 0 | 1991816 | 2430862 | 5 |
| 6. Total (Combine Line 5 Beginning and End of Year Totals)................ | | 0 | | 4422678 | 6 |
| 7. Average values. *(Divide Line 6 by 2)* ........................................ | | 0 | | 2211339 | 7 |

**SECTION B - WAGES, SALARIES, AND OTHER COMPENSATION PAID OR ACCRUED TO EMPLOYEES**

| | | | |
|---|---|---|---|
| 8. Wages, salaries and other compensation of all employees................ | 0 | 596544 | 8 |

**SECTION C - GROSS RECEIPTS SUBJECT TO APPORTIONMENT**

| | | | |
|---|---|---|---|
| 9. Gross receipts from sales of tangible personal property.................... | 0 | 1125977 | 9 |
| 10. Gross income from other sources (see attachment)......................... | 0 | 0 | 10 |
| 11. Total............................................................................................ | 0 | 1125977 | 11 |

**SECTION D - DETERMINATION OF APPORTIONMENT PERCENTAGES**

| | | | | |
|---|---|---|---|---|
| 12a. Enter amount from Column A, Line 7........................................ | 0 | | | |
| 12b. Enter amount from Column B, Line 7........................................ | 2211339 | = | 0.0000 | 12A |
| 13a. Enter amount from Column A, Line 8........................................ | 0 | | | |
| 13b. Enter amount from Column B, Line 8........................................ | 596544 | = | 0.0000 | 13A |
| 14a. Enter amount from Column A, Line 11...................................... | 0 | | | |
| 14b. Enter amount from Column B, Line 11...................................... | 1125977 | = | 0.0000 | 14A |
| 15. Total (Combined Apportionment Percentages on Lines 12c, 13c, and 14c) ................ | | | 0.0000 | 15 |
| 16. Apportionment percentage (see specific instructions).................... | | | 0.0000 | 16 |

*UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE EXAMINED THIS RETURN, INCLUDING ACCOMPANYING SCHEDULES AND STATEMENTS, AND TO THE BEST OF MY KNOWLEDGE AND BELIEF IT IS TRUE, CORRECT, AND COMPLETE. IF PREPARED BY A PERSON OTHER THAN TAXPAYER, THIS DECLARATION IS BASED ON ALL INFORMATION OF WHICH HE/SHE HAS ANY KNOWLEDGE.*

| SIGNATURE OF PARTNER | DATE | TELEPHONE NUMBER | EMAIL ADDRESS | |
|---|---|---|---|---|

**DEIRDRE M MORHET**  
SIGNATURE OF PREPARER

| | | | | |
|---|---|---|---|---|
| | XXXXXXXXX | 480-355-1398 | | 3/6/2018 |
| | PREPARER'S EIN OR SSN | PREPARER'S PHONE | | DATE |

3303 E BASELINE RD STE 107  
STREET ADDRESS OF PREPARER

| | | | |
|---|---|---|---|
| GILBERT | | AZ | 85234 |
| CITY | | STATE | ZIP |

**MAIL TO: DIVISION OF REVENUE, P.O. BOX 8703, WILMINGTON, DELAWARE 19899-8703**

(Revised 10/2017)

1833



DF30017021833

**2017**
DELAWARE

# FORM 300, SCHEDULE K-1
## PARTNER'S SHARE OF INCOME

**Page 1**

or Fiscal Year beginning  0 6 0 1 1 7  and ending  1 2 3 1 1 7

Partner's Identifying Number ► XXXXXXXXX          EIN X SSN    Partnership's Identifying Number ► XXXXXXXXX

Partner's Business Name #1
ALCOR ENEREGY SOLUTIONS LLC

- OR -

Partner's First Name

Partner's Last Name

Partner's Address
7754 E VELOCITY WAY
City                                          State    Zip-Code
CHANDLER                                      AZ       85207
Country

Attention

| Partner's Type of Entity (see instructions) | | | Partner's Share of Profit, Loss and Capital: | | | |
|---|---|---|---|---|---|---|
| Code | Description | Resident | | Beginning | | Ending |
| | | | Profit: | 50.000000 | Profit: | 50.000000 |
| 1 | 3 LIMITED LIABILITY C | X Non-Resident | Loss: | 50.000000 | Loss: | 50.000000 |
| | | | Capital: | 50.000000 | Capital: | 50.000000 |

| Allocable Share of Income | Column A Federal 1065, Schedule K-1 Amount | Column B Portion of Items Derived from Sources in DE |
|---|---|---|
| 1. Ordinary income (Loss) from Trade of Business Activities........ | -1139562 | 0 |
| 2. Net Income (Loss) from Rental Real Estate Activities....... | 0 | 0 |
| 3. Net Income (Loss) from Other Rental Activities............... | 0 | 0 |
| 4. Guaranteed Payment to Partner....................................... | 0 | 0 |
| 5. Interest................................................................ | 0 | 0 |
| 6. Dividends............................................................. | 0 | 0 |
| 7. Royalties.............................................................. | 0 | 0 |
| 8. Net Short-term Capital Gain (Loss)............................. | 0 | 0 |
| 9. Net Long-term Capital Gain (Loss)............................. | 0 | 0 |
| 10. Net Gain (loss) under 1231 (other than Due to Casualty and Theft)...................... | 0 | 0 |
| 11. Other Income (Loss)............................................. | 0 | 0 |
| 12. Total Income (Combine Line 1 to Line 11)...................... | -1139562 | 0 |

| Allocable Share of Deductions | Column A Federal 1065, Schedule K-1 Amount | Column B Portion of Items Derived from Sources in DE |
|---|---|---|
| 13. Charitable Contribution............................................. | 550 | 0 |
| 14. Section 179 Expense Deductions............................... | 0 | 0 |
| 15. Expenses from Portfolio Income................................ | 0 | 0 |
| 16. Other Deductions/Credits (Attach Schedule)................... | 0 | 0 |

(Revised 05/2017)
1833

DF30117011833

**2017**
DELAWARE

# FORM 300, SCHEDULE K-1
PARTNER'S SHARE OF INCOME

**Page 1**

or Fiscal Year beginning  0  6  0  1  1  7  and ending  1  2  3  1  1  7

Partner's Identifying Number ▶ XXXXXXXXX      EIN  X  SSN    Partnership's Identifying Number ▶ XXXXXXXXX

Partner's Business Name #2
OCHO VENTURA, LLC

- OR -

Partner's First Name

Partner's Last Name

Partner's Address
31 WINDMILL WAY
City                                    State    Zip-Code
CALGARY
Country
CANADA
Attention

Partner's Share of Profit, Loss and Capital:

| Partner's Type of Entity (see instructions) | | | | Beginning | | Ending |
|---|---|---|---|---|---|---|
| Code | Description | Resident | Profit: | 50.000000 | Profit: | 50.000000 |
| | | | Loss: | 50.000000 | Loss: | 50.000000 |
| 1   4 | OTHER – PLEASE DESC | X  Non-Resident | Capital: | 50.000000 | Capital: | 50.000000 |



### Allocable Share of Income

| | | Column A<br>Federal 1065, Schedule K-1 Amount | Column B<br>Portion of Items Derived from Sources in DE |
|---|---|---|---|
| 1. | Ordinary income (Loss) from Trade of Business Activities........ | −1139563 | 0 |
| 2. | Net Income (Loss) from Rental Real Estate Activities....... | 0 | 0 |
| 3. | Net Income (Loss) from Other Rental Activities................ | 0 | 0 |
| 4. | Guaranteed Payment to Partner......................................... | 0 | 0 |
| 5. | Interest................................................................................ | 0 | 0 |
| 6. | Dividends............................................................................ | 0 | 0 |
| 7. | Royalties............................................................................. | 0 | 0 |
| 8. | Net Short-term Capital Gain (Loss)................................. | 0 | 0 |
| 9. | Net Long-term Capital Gain (Loss)................................. | 0 | 0 |
| 10. | Net Gain (loss) under 1231<br>(other than Due to Casualty and Theft)........................... | 0 | 0 |
| 11. | Other Income (Loss)........................................................ | 0 | 0 |
| 12. | Total Income (Combine Line 1 to Line 11)...................... | −1139563 | 0 |

### Allocable Share of Deductions

| | | Column A<br>Federal 1065, Schedule K-1 Amount | Column B<br>Portion of Items Derived from Sources in DE |
|---|---|---|---|
| 13. | Charitable Contribution...................................................... | 551 | 0 |
| 14. | Section 179 Expense Deductions..................................... | 0 | 0 |
| 15. | Expenses from Portfolio Income....................................... | 0 | 0 |
| 16. | Other Deductions/Credits (Attach Schedule)................... | 0 | 0 |

(Revised 05/2017)
1833

DF30117011833